# Exhibit A - iBackPack Indiegogo Homepage

INDIEGOGO Explore How It Works Equity Offerings START A CAMPAIGN Sign Up Log In

Built in rain hood

PRODUCTION

[illegible]

Closed

## iBackPack - WiFi, Ultra-Thin & Powerful Batteries

WiFi, Many Batteries, 16 USB Ports, Bulletproof, Car and Wall Charger, [illegible] Tech USB Cables + More

[illegible]

**$721,390** USD total funds raised

[illegible]

$75

[illegible]

STORY

Built in rain hood
High quality materials
RFID blocking

$65

[illegible]

$75

[illegible]

Sorry
Because of its privacy settings, this video cannot be played here

$150

[illegible]

Exhibit A - iBackPack Indiegogo Homepage



Exhibit A - iBackPack Indiegogo Homepage

*Expected retail price

- 20,000 mAh Lithium Polymer Main Battery
- 8,000 mAh additional Li-Po Battery
- 5x USB SMART Zipper cable
- 4 Waterproof USB Ports 3.0
- GPS - SIM not included
- Wi-Fi - 3G/4G - Connect up to 6 Friends
- Retractable Power Cord
- Universal 110V/220V to USB wall plug
- Car charger with 2 USB ports
- Bluetooth Audio System
- iPhone/Android Controller Apps
- Anti-Theft Notification / Protection System
- Lifetime Limited Warranty

BECOME A

Wi-Fi/Mi-Fi HOTSPOT

HOTSPOT
WI-FI/MI-FI CONNECTIONS
VIA ALL MAJOR CARRIERS
IS STANDARD

at&t
Sprint
verizon
T
vodafone
Telstra
orange
O2
Digicel

20000MAH "MAMA" POWER BANK

INCLUDED IN 2.0
UPGRADES ONLY

INCLUDED IN 2.0
UPGRADES ONLY

Exhibit A - iBackPack Indiegogo Homepage

[illegible]

INCLUDED IN 2.0 UPGRADES ONLY

BLUETOOTH AUDIO SYSTEM

INCLUDED

CHARGING ZIPPER CABLE

INCLUDED

TYPE-C CHARGING CABLE

INCLUDED

INCLUDED IN 2.0 UPGRADES ONLY

5 PORT

QC2.0 USB WALL CHARGER

| QC2.0 | 40W | 2.4A |
| --- | --- | --- |
| [illegible] | [illegible] | [illegible] |

INCLUDED IN 2.0 UPGRADES ONLY

[illegible]

INCLUDED IN 2.0 UPGRADES ONLY

DC 12V - 24V USB CAR CHARGER

Exhibit A - iBackPack Indiegogo Homepage

INCLUDED

INCLUDED IN 1.0 AND 2.0 IBACKPACK

TSA CHECKPOINT FRIENDLY

INTEGRATED TSA

TRAVEL SENTRY
APPROVED

IBACKPACK™
MOBILE APPS
3G & 4G WIFI
BLUETOOTH
SOUND SYSTEM
MASSIVE
BATTERY BANK
4 USB PORTS &
RETRACTABLE
POWER CORD
GPS/ ANTI-THEFT

A perfect combination of
technology and design



Exhibit A - iBackPack Indiegogo Homepage

$169 iBackPack 1.0
Power Pack

iBackPack 1.0

[illegible]

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

Exhibit A - iBackPack Indiegogo Homepage

PERKS
VISIT SITE
FAQ

You can order right here on the Indiegogo page. People who back the project on Indiegogo get to have the very first iBackPacks and save a bunch on the future retail prices. Just click on the "Back this Project" button on the right hand side of the campaign page.

We are hopeful that the iBackPack will be wildly successful with our Indiegogo launch, and hence enhance the chances of large retailers such as Wal-Mart, Sears, JC Penneys, Toys R Us and others taking notice. Our plan is to have the iBackPack become a staple product in all major retailers in 2016 at a different price.

You can definitely pre-order as many iBackPacks as you'd like. The more the better! Just increase your pledge to $165 ($150 + US shipping) or to $265 (for international) for each extra unit. So $330 for 2, $495 for 3, etc. Shipping was [illegible] because we have to send each unit separately. You [illegible] have a chance to enter different addresses at the end of the campaign for each iBackPack. You can [illegible] our bulk option for 10 iBackPacks in one order. Get all your friends on board for some pretty good savings!

We're working with a full scale logistics and distribution team to make our international deliveries as effective as possible. The total price of $200 will still get you an iBackPack for less than the eventual retail price and should let us ship to anyone, anywhere.

The battery charging capabilities depend on how many iPhone/iPad devices you charge before recharging the primary battery.
The bluetooth speaker is removable, and with the self-contained battery that +1400 Mah, it plays loud for around 8 hours per charge. It charges separately.
The LED and USB draw very little power, and with our smart[illegible] you will be able to charge all day if needed without an issue.

Yes, any cell phone or device that uses a 5V USB port can be charged.

Total weight for the iBackPack, including all parts, is less than five pounds.

We expect it will take us [illegible] months from the time the Indiegogo program ends until we are able to complete all shipments. The first group should be leaving our shipping docks within ninety days.

Austin, Texas.

Our minimum goal is $50k but we hope there will be much more excitement and consequently more active participants. We are hopeful to be one of the most successful Indiegogo programs in their history, but [illegible] realize that a great percentage of those on Indiegogo feel the same way due to their belief in their product.

Pre-orders are non-refundable. By making a contribution to this campaign, you acknowledge that you understand that you are contributing to a work-in-progress and not making a direct purchase. For more details please see Indiegogo's Terms of Use.

Please visit our website's Press page.

Please email to
We will get back to you as soon as possible.

Let us know if you think this campaign contains prohibited content

Exhibit A - iBackPack Indiegogo Homepage



Exhibit B - iBackPack Kickstarter Homepage

KICKSTARTER

iBackPack 2.0 - 4G MiFI, HiTech Batteries - Smart Cables

iBackPack 2.0 - 3G/4G WI-FI/MI FI, Bluetooth Audio, Massive Batteries, 6 USB, Wireless Car Charger, 50 Pockets, Bulletproof Options

Doug Monahan

About this project

$76,694

252

NEXT GENERATION BACKPACK

Support this project

Pledge $25 or more

Pledge $25 or more

Sep 2016 Anywhere in the world

Pledge $149 or more

Sep 2016 Anywhere in the world

Pledge $199 or more

Exhibit B - iBackPack Kickstarter Homepage

[illegible]

[illegible]

Sep 2016 Anywhere in the world

Pledge $249 or more

[illegible]

[illegible]

Sep 2016 Anywhere in the world

Pledge $249 or more

[illegible]

BECOME A

Wi-Fi/Mi-Fi HOTSPOT

Sep 2016 Anywhere in the world

Pledge $299 or more

[illegible]



Exhibit B - iBackPack Kickstarter Homepage

iBackPack™ WifiHotSpot

Sep 2015 Anywhere in the world

Pledge $399 or more

iBackPack 20K mAh Battery

INCLUDED

NEVER LOSE
POWER AGAIN

Sep 2015 Anywhere in the world

Pledge $1,300 or more

IBACKPACK LIPSTICK BATTERY

INCLUDED

2,600 mAh

Sep 2015 Anywhere in the world

Pledge $2,500 or more

CREDIT CARD STYLE BATTERY

INCLUDED

3,000 mAh



Exhibit B - iBackPack Kickstarter Homepage



## Bluetooth Headphones, Microphone

INCLUDED

- ✓ High definition - high quality audio
- ✓ iOS system display for batteries
- ✓ Answer Phone with voice prompts
- ✓ Ultimate remote office system
- ✓ High end chipset
- ✓ 6 Hours Talk Time / 8 Hours Listen
- ✓ Ultra Fast Battery Recharger

## IBACKPACK SMART USB CABLES

INCLUDED

## CHARGING ZIPPER CABLE

INCLUDED

We evaluated over one hundred cables before choosing the Zipper model: it is extremely durable, has a high transfer rate of data, even and supports all Apple and Android products.

## TYPE-C CHARGING CABLE

INCLUDED



Exhibit B - iBackPack Kickstarter Homepage



4 PORT USB 2.0 HUB
INCLUDED

110V/220V WALL CHARGER
INCLUDED

DC 12V - 24V USB CAR CHARGER
INCLUDED

Exhibit B - iBackPack Kickstarter Homepage

[illegible]

[illegible]

[illegible]

[illegible]

## TSA CHECKPOINT FRIENDLY

You don't have to remove your notebook computer with the iBackPack TSA Checkpoint Friendly bag

TSA Checkpoint Friendly Display to alert TSA employees ability to quickly move through TSA without hassles



Exhibit B - iBackPack Kickstarter Homepage

INTEGRATED TSA
RECOGNISED LOCK
TRAVEL SENTRY
APPROVED

TSA
TSA Pre
PRE - APPROVED
iBackPack

RFID BLOCKING SLEEVES

iBack Pack™ Proximity Locator
YOUR iBackPack

iBACKPACK 2.0™
MOBILE APPS
INCLUDED
iBackPack

iBACKPACK 2.0™

OPTIONAL ADD-ONS

YOUR CUSTOM PLEDGE

USE iBackPack Pledge calculator for additional assets.

TESTING

THE ELECTRONICS

Exhibit B - iBackPack Kickstarter Homepage

[illegible]

$249

iBACKPACK 2.0™

POWER BACKPACK

$349

PLEDGE NOW

[illegible]

$499

[illegible]

THE

iBACKPACK 2.0™ TEAM

DOUG MONAHAN

Exhibit B - iBackPack Kickstarter Homepage


[illegible]


[illegible]


OSZKAR MIKLOS


SLAVEN [illegible]


[illegible]


[illegible]


[illegible] RODRIGUES






[illegible]



[illegible]

## Risks and challenges

[illegible]

[illegible]

[illegible]

Learn about accountability on Kickstarter

Report this project to Kickstarter

Exhibit B - iBackPack Kickstarter Homepage

