Exhibit C - MOJO Indiegogo Homepage

# INDIEGOGO

**Explore** ⌄  **For Entrepreneurs**  Start a Campaign  **Sign Up**  **Log In**

# INDIEGOGO ⌄

🔍

- Home
- Explore
- For Entrepreneurs
- Equity Offerings
- Start a Campaign
- Log In or Sign Up

Let us know if you think this campaign
contains prohibited content.

Sign Up for Inspiration

| Your email address |

| Sign Up Now |

Private, secure, spam-free
Follow us



Closed

## MOJO - Bag, Battery, Cables, Plugs & Sales Leads

Worlds most powerful Bag and Battery + recharging system
for all electronics, RFID blocking & more

  Doug Monahan
Austin, United States
About

**$3,644** USD raised by 33 backers

*36%* of $10,000 flexible goal

Exhibit C - MOJO Indiegogo Homepage



**STORY**  UPDATES (5)  COMMENTS (50)  BACKERS (33)



Bag, Battery and Power. The purpose of MOJO is to ensure all of your electronic gear is fully charged - all the time. We've added car chargers, 110V wall chargers, Apple and Android cables, retractable power cord, LEGO style velcro dividers, multiple options and colors.

Exhibit C - MOJO Indiegogo Homepage

# 01 | **POWER**
## 20,000 mAh BATTERY



### UNLIMITED POWER

MOJO - at 20,000 mAh - has the largest commercially available battery on the market today. The Lithium Polymer power bank allows you to always stay connected with the world. It is easy to recharge through our retractable USB recharging cables. We provide iPhone and Android interconnect system, 110v and 220v wall plugs convert power to USB cables. If we missed anything - let us know and we will consider adding it. Build your own Bag - BYOB.

Exhibit C - MOJO Indiegogo Homepage





### CHARGE ALL YOUR DEVICES

Losing power in 2015 isn't acceptable. You could miss important
customer emails, emergency phone calls - but not if you have
MOJO. Your iPhone, iPad, Android phone, Android tablet, GoPro
Camera, Digital Camera from any manufacturer . . . you name it.
Our backup system ensures all of your content is stored in the cloud
through a special Dropbox OEM relationship.

Exhibit C - MOJO Indiegogo Homepage



### WATER RESISTANT FABRIC

Keep your electronics dry! The outer layer is made from the highest quality polyurethane, 900D high-density nylon. The middle layer of RFID blocking fabric contains nickle and copper interlace system provides an additional powerful water blocking layer of protection. The inside fabric provides a third and final solution to protect your valuable electronic gear. You name it and we thought of it.



### HIGH GRADE, DURABLE MATERIALS

The materials used to create the MOJO bag were hand-picked. We chose the most durable fabric on the market today, integrated zippers designed to never jam, buckles made of high-quality polyurethane that are easy to connect and disengage, RFID blocking fabric to protect your debit & credit cards as well as block electromagnetic

Exhibit C - MOJO Indiegogo Homepage

waves, durable VELCO female and male counterparts capable of
tens of thousands of solid connections.



# 05 | ACCESSORIES
## EVERYTHING THAT YOU NEED



### ACCESSORIES GALORE

20,000 mAh battery bank is standard. It is capable of recharging
multiple smartphone and/or tablets from scratch. Whether you are in
the United States where 110v or elsewhere in the world where 220v
wall power is provided - our electric wall to electronic power
conversion system ensures solid and fast charges. Should you be in a
vehicle you can garner power through the MOJO car charger
adapter. We provide cables to support Apple and Android systems.
Let us know what we should add - and if possible - it will be
included.

Exhibit C - MOJO Indiegogo Homepage

## 06 | COLORS
### EXPRESS YOUR PERSONALITY



### COLORS

We are offering two colors to start - Midnight Black and Fire Engine Red. Should we receive tens of thousands of pledges we are open to providing a rainbow of potential colors and perhaps patterns. Let us know, when pledging for MOJO, your preferred color. We will tally preferences and design and manufacture accordingly.

## 07 | PATTERNS
### EXPLORE YOUR PERSONALITY



WE have the manufacturing capability to create MOJO in a wide variety of patterns. Ultimately, the ability to offer patterns is based upon the number of pledges we receive for the MOJO bag. Give us

Exhibit C - MOJO Indiegogo Homepage

your ideas about the type of pattern you would like. If possible - we
will use them and give you credit.



Exhibit C - MOJO Indiegogo Homepage

# 08 | SCHOOL
### MOJO IS PERFECT FOR SCHOOL



**PERFECT FOR SCHOOL - MAKE THE GRADE**

MOJO empowers students with the ability to keep their electronic gear powered up at all times. It is large enough to carry your tablets and telephones as well as required text books for classes. You can keep your lunch or snacks safely stored for quick access.

Exhibit C - MOJO Indiegogo Homepage



### ULTIMATE SPORTS BAG

MOJO was designed by sports enthusiasts. You can store your water bottle, salt tablets, head-bands, cardio necessities . . . everything you need to keep your body fit. Strap MOJO on and hit your stride. We've made the bag connection system extra large so you won't have straps on your skin after removing.



### BUSINESS

Your company will reimburse you for your MOJO pledge. It provides a valuable asset for any organization. The US Internal Revenue Service allows for the deduction of any viable business

Exhibit C - MOJO Indiegogo Homepage

expense - MOJO fits the bill - and the law. Take back what is rightfully yours.



**BRANDING**

The MOJO is ideal to reward both employees and your top channel partners. We can customize the bag to include your organization's logo, brand or product likeness. If you wish, we can create Letterman Jacket style chenille patches. Give us a telephone call or send an email to discuss same - minimum order for customized branding MOJO bags is 25 units. Discounts for large quantities - Resellers Wanted and Fully Supported.

Case 3:19-cv-00160  Document 1-2  Filed on 05/06/19 in TXSD  Page 12 of 21

Exhibit C - MOJO Indiegogo Homepage





**SECURITY**

We have created a sophisticated RFID blocking system to ensure no-one can "look inside" your bag via electronic surveillance systems. Billions of dollars a year are stolen, lives ruined - it won't happen to you if you are protected by MOJO's anti-theft system.

Exhibit C - MOJO Indiegogo Homepage



The MOJO bag has RFID blocking cloth inside its walls; however, once your cards are removed from the MOJO they are vulnerable to attack - thus we provide RFID blocking sleeves for your passport, credit/debit cards and drivers license. Your personal security is 100% protected with the MOJO solution.

Case 3:19-cv-00160   Document 1-2   Filed on 05/06/19 in TXSD   Page 14 of 21

Exhibit C - MOJO Indiegogo Homepage

# 14 | MOJO SALES PRO
## 100 MILLION B2B CONTACTS



Search through 100 Million B2B contacts with 12.3 Million
Directors. Includes email addresses & guaranteed delivery.
Search by Job Title, Company, Revenue, Employee Count,
City, State, Zip. Downloadable up to 5,000 contacts/month
in .csv format - compatible with all CRM apps.

Exhibit C - MOJO Indiegogo Homepage

# TIMELINE



| | |
|---|---|
| Mar. 2015 | Conceptualization Period |
| June 2015 | Incorporate Key Technologies |
| Aug. 2015 | The MOJO Media Experience |
| Oct. 2015 | **PRE-ORDER ON INDIEGOGO** |
| Jan. 2016 | Consolidation of Orders |
| Feb. 2016 | Manufacturing Begins |
| May 2016 | Shipping Starts |



# THANK YOU
# FOR SUPPORTING
# OUR PROJECT

PERKS

## $75

MOJO - Standard - Early Bird

20,000 mAh battery system (strongest available to-date). Configure like LEGOs with the ability to

Exhibit C - MOJO Indiegogo Homepage

create unlimited compartments using velcro. Car
Recharger. Apple/Android micro + standard USB
cables. Retractable power cord. RFID blocking
system for identity protection. Plenty of room for
your purse, camera, wallet, keys, credit cards,
business cards, iPad, iPhone, Android tablet or
smartphone. MOJO is a walking powerhouse.
Stretch goals include GPS tracking, alarm system
and mobile app.

## $99

MOJO - Standard

20,000 mAh battery system (strongest available to-
date). Configure like LEGOs with the ability to
create unlimited compartments using velcro. Car
Recharger. Apple/Android micro + standard USB
cables. Retractable power cord. RFID blocking
system for identity protection. Plenty of room for
your purse, camera, wallet, keys, credit cards,
business cards, iPad, iPhone, Android tablet or
smartphone. MOJO is a walking powerhouse.
Stretch goals include GPS tracking, alarm system
and mobile app.

## $169

MOJO - TWO UNITS

The Ultimate bag to store your iPhone/Android
phone, tablets and cameras. Of course, plenty of
room for your purse, wallet, keys, credit cards, etc.
Powerful 20,000 mAh battery recharging system.
Car USB recharger &amp; retractable USB wall
charger.

Case 3:19-cv-00160 Document 1-3 Filed on 05/06/19 in TXSD Page 17 of 21

Exhibit C - MOJO Indiegogo Homepage

## $199

## MOJO - SALES PRO VERSION

MOJO Bag + B2B Sales Leads - One Year
Subscription - http://goo.gl/FIDLrp Download up to
60k B2B Leads/5k per month/12 months. Choose
from 4 Million Chiefs, 13 M Presidents, 12 M
Directors, 13 M Managers, 1 M Sales
Professionals, 1 M Computer/Software Purchasers.
Includes Fortune 1000, Global 500, Inc. 500. Emails
included with guaranteed delivery. Search and
download online by Job Title, Company, City, State,
Zip, Employee Count, Annual Revenue, SIC Code
and much more. Hit your sales numbers.

## $235

## MOJO - 3 Units

Massive 20,000 mAh battery system with Android,
iPhone connection cables, 110V wall charger to
USB, micro USB connections, RFID tag blocking
system to protect from identify fraud. LEGO style
Velcro compartments - build your own.

## $249

## MOJO -Sales Pro 120K Contacts

MOJO Bag + B2B Sales Leads - One Year
Subscription - http://goo.gl/FIDLrp Download up to
120k B2B Leads/10k per month/12 months. Choose
from 4 Million Chiefs, 13 M Presidents, 12 M
Directors, 13 M Managers, 1 M Sales
Professionals, 1 M Computer/Software Purchasers.
Includes Fortune 1000, Global 500, Inc. 500. Emails
included with guaranteed delivery. Search and
download online by Job Title, Company, City, State,
Zip, Employee Count, Annual Revenue, SIC Code
and much more.

Case 3:19-cv-00160 Document 1-3 Filed on 05/06/19 in TXSD Page 18 of 21

**Exhibit C - MOJO Indiegogo Homepage**

## $375

MOJO - FIVE UNITS

The Ultimate bag to store your iPhone/Android phone, tablets and cameras. Of course, plenty of room for your purse, wallet, keys, credit cards, etc. Powerful 20,000 mAh battery recharging system. Car USB recharger & retractable USB wall charger.

## $700

MOJO - TEN UNITS

The Ultimate bag to store your iPhone/Android phone, tablets and cameras. Of course, plenty of room for your purse, wallet, keys, credit cards, etc. Powerful 20,000 mAh battery recharging system. Car USB recharger &amp; retractable USB wall charger.

## $875

MOJO - SALES PRO 120K - 5 UNIT

MOJO Bag + B2B Sales Leads - One Year Subscription - http://goo.gl/FiDLrp Download up to 120k B2B Leads/10k per month/12 months. Choose from 4 Million Chiefs, 13 M Presidents, 12 M Directors, 13 M Managers, 1 M Sales Professionals, 1 M Computer/Software Purchasers. Includes Fortune 1000, Global 500, Inc. 500. Emails included with guaranteed delivery. Search and download online by Job Title, Company, City, State, Zip, Employee Count, Annual Revenue, SIC Code and much more.

Exhibit C - MOJO Indiegogo Homepage



About Indiegogo

About UsIndiegogo vs. KickstarterCareersPartner PagesBrand ResourcesPress

BlogEducation CenterExperts DirectoryEssential Guide to CrowdfundingTrust & SafetyHelp & SupportContact Us

About UsIndiegogo vs. KickstarterCareersPartner PagesBrand Resources

PressBlogEssential Guide to CrowdfundingTrust & Safety

Exhibit C - MOJO Indiegogo Homepage

Education CenterExperts DirectoryHelp & SupportContact Us

Language

English



Campaigning

Start Your CampaignInDemandEquityEnterpriseGenerositySuccess StoriesPricing

Contributing

ExploreCollectionsPartner PagesEquity

Sign Up for Inspiration

Your email address

Sign Up Now

Private, secure, spam-free

About Indiegogo

How It WorksAbout UsIndiegogo vs. KickstarterCareersBrand ResourcesPressBlog

Help

Education CenterExperts DirectoryEssential Guide to CrowdfundingTrust & SafetyHelp & SupportContact Us

Follow us



Case 3:19-cv-00160   Document 1-3   Filed on 05/06/19 in TXSD   Page 21 of 21

Exhibit C - MOJO Indiegogo Homepage



Language
English



Terms of Use Privacy policy Cookie policy Partner Terms
© 2017 Indiegogo, Inc. All Rights Reserved



