POW - Super Smart USB Magnetic Cable System | Indiegogo      Case 3:19-cv-00160   Document 1-3   Filed on 05/06/19 in TXSD   Page 1 of 15      Page 1 of 15

Exhibit D - Pow Indiegogo Homepage

**INDIEGOGO**    Explore ˅    **For Entrepreneurs**    Start a Campaign    Sign Up    Log In

**INDIEGOGO** ˅

- Home
- Explore
- For Entrepreneurs
- Equity Offerings
- Start a Campaign
- Log In or Sign Up



Let us know if you think this campaign contains prohibited content.

Sign Up for Inspiration

Your email address

Sign Up Now

Private, secure, spam-free
Follow us

Closed

## POW - Super Smart USB Magnetic Cable System

USB Super Smart Cables - Micro - Lightning - USB C Combo + Charge Lights - Magnetic Connector + more

 Doug Monahan
ʻckPaʻ    Austin, United States
About

**$7,982** USD raised by 156 backers

*16%* of $50,000 flexible goal



Exhibit D - Pow Indiegogo Homepage

**STORY**  UPDATES (5)  COMMENTS (127)  BACKERS (156)







Exhibit D - Pow Indiegogo Homepage







POW - Super Smart USB Magnetic Cable System | Indiegogo    Case 3:19-cv-00160   Document 1-3   Filed on 05/06/19 in TXSD   Page 4 of 15   Page 4 of 15

Exhibit D - Pow Indiegogo Homepage







Data transfer & charging at the same time





POW - Super Smart USB Magnetic Cable System | Indiegogo    Case 3:19-cv-00160   Document 1-3   Filed on 05/06/19 in TXSD   Page 5 of 15    Page 5 of 15

Exhibit D - Pow Indiegogo Homepage



Necessity is the mother of invention. One cable, many devices - Micro-USB Magnetic, Lightning-USB Magnetic, Typ-C USB Magnetic. Cables that tell you when your phone/tablet/device is charging and fully charged from across the room. 2X Transfer Rate Due To Smart Port Technology. http://www.pow-cables.com

Exhibit D - Pow Indiegogo Homepage





POW - Super Smart USB Magnetic Cable System | Indiegogo    Case 3:19-cv-00160   Document 1-3   Filed on 05/06/19 in TXSD   Page 7 of 15    Page 7 of 15

Exhibit D - Pow Indiegogo Homepage

## PROJECT TIMELINE





Exhibit D - Pow Indiegogo Homepage



Exhibit D - Pow Indiegogo Homepage



## MEET THE TEAM



**DOUG MONAHAN**
CEO AND FOUNDER

    

**ILE JUGOVSKI**
VICE PRESIDENT

**DUNCAN BONNICI**
CHIEF TECHNOLOGY OFFICER

**OSZKAR MIKLOS**
SENIOR CREATIVE DIRECTOR

**SLAVEN BERAM**
SENIOR UI/UX DESIGNER

**MILORAD SIBALIC**
DEVELOPER

PERKS

$19

Valentine's day Special

+1 x POW Magnetic Connector +1 x POW Adapter
+1 x POW Ultra-Smart Cable +1 Credit Style
3000mAh Battery Your Choice of Lightning, Micro-
USB or Type-C.

## $10

### CAR CHARGER -

Our Car Charger is quite simply the best on the market today. It has Micro-USB, Lightning-USB built-in retractable cable, 1.1A and 1 2.1 A output. Visit www.ibackpack.co or www.pow-cables.com for photos of technology.

## $13

### WIRELESS POWER BATTERY

8k mAh Battery + Wireless Charger + Smart Cable - BETA Program - You must be willing to take videos of yourself using the battery, having it wireless recharge your iPhone/Android of tablet and share

## $19

### POW Cable System

+1 x POW Magnetic Connector +1 x POW Adapter
+1 x POW Ultra-Smart Cable Your Choice of
Lightning, Micro-USB or Type-C.

## $19

### CUSTOM PLEDGE

Your Custom Pledge! 1. Using the Pledge Calculator to find out the total cost of the combination you want. http://www.pow-cables.com/calculator/ 2. Place the calculated amount as the pledge for this reward. 3. We will send you a survey for you to pick your choice of Lighting/Micro/Type-C USB

## $34

### 2x POW Cable System

2 x POW Magnetic Connector 2 x POW Adapter 2 x POW Ultra-Smart Cable Your Choice of Lightning, Micro-USB or Type-C

## $75

### 50k mAh Monolith Cable Bundle

Our 50k mAh Mammoth Monolith is the most powerful USB in the market today. It features 3 ouput USB charging ports - 1A and 2 2.1A. It's powerful enough to jump start your car yet lightweight at only 9 ounces (1/2 lb).

## $80

### 5x POW Cable System

POW - Super Smart USB Magnetic Cable System | Indiegogo    Case 3:19-cv-00160   Document 1-3   Filed on 05/06/19 in TXSD   Page 12 of 15   Page 12 of 15

Exhibit D - Pow Indiegogo Homepage

5 x POW Magnetic Connector 5 x POW Adapter 5 x POW Ultra-Smart Cable Your Choice of Lightning, Micro-USB or Type-C

## $152

### 10 POW - Smart Cable & Connect

10 x POW Magnetic Connector 10 x POW Adapter 10 x POW Ultra-Smart Cable Your Choice of Lightning, Micro-USB or Type-C

## $1520

### 100 POW - Corporate

100 x POW Magnetic Connector 100 x POW Adapter 100 x POW Ultra-Smart Cable Your Choice of Lightning, Micro-USB or Type-C

## $3800

### 250 POW - Reseller

250 x POW Magnetic Connector 250 x POW Adapter 250 x POW Ultra-Smart Cable Your Choice of Lightning, Micro-USB or Type-C

Exhibit D - Pow Indiegogo Homepage



About Indiegogo
About UsIndiegogo vs. KickstarterCareersPartner PagesBrand ResourcesPress
BlogEducation CenterExperts DirectoryEssential Guide to CrowdfundingTrust & SafetyHelp & SupportContact Us
About UsIndiegogo vs. KickstarterCareersPartner PagesBrand Resources
PressBlogEssential Guide to CrowdfundingTrust & Safety
Education CenterExperts DirectoryHelp & SupportContact Us
Language
English

 



Exhibit D - Pow Indiegogo Homepage

Campaigning
Start Your CampaignInDemandEquityEnterpriseGenerositySuccess StoriesPricing
Contributing
ExploreCollectionsPartner PagesEquity
Sign Up for Inspiration

Your email address

Sign Up Now

Private, secure, spam-free
About Indiegogo
How It WorksAbout UsIndiegogo vs. KickstarterCareersBrand ResourcesPressBlog
Help
Education CenterExperts DirectoryEssential Guide to CrowdfundingTrust & SafetyHelp & SupportContact Us
Follow us





Language
English



Terms of Use Privacy policy Cookie policy Partner Terms
© 2017 Indiegogo, Inc. All Rights Reserved



