Exhibit A - iBackPack Indiegogo Homepage



Closed

## iBackPack - WiFi, Ultra-Thin & Powerful Batteries

WiFi, Many Batteries [in] one Pack, make time in Car and with Computer... Fast Tech USB Out and + More

**$721,390** USD total funds raised

RXX% funded on ...



$70

This iBackpack...

**STORY**



$65



$75



## Sorry

Because of its privacy settings, this video cannot be played here.

$150

Exhibit A - iBackPack Indiegogo Homepage



Exhibit A - iBackPack Indiegogo Homepage

* Tapered retail price
* 20,000 mAh Lithium Polymer Main Battery
* 9,000 mAh additional Li-Po Battery
* 5x USB SMART Zipper cable
* 4 Waterproof USB Ports 3.0
* GPS - SIM not included
* Wi-Fi - 3G/4G - Connect up to 6 Friends
* Retractable Power Cord
* Universal 110V/220V to USB wall plug
* Car charger with 2 USB ports
* Bluetooth Audio System
* iPhone/Android Controller Apps
* Anti-Theft Notification / Protection System
* Lifetime Limited Warranty

CHARGE ALL YOUR DEVICES
ANYWHERE

BECOME A

## Wi-Fi/Mi-Fi HOTSPOT



WI-FI MI-FI CONNECTIONS
VIA ALL MAJOR CARRIERS
IN STANDARD





## 20000MAH "MAMA" POWER BANK

INCLUDED IN 2.0
UPGRADES ONLY



INCLUDED IN 2.0
UPGRADES ONLY

Exhibit A - iBackPack Indiegogo Homepage

## INCLUDED IN 2.0 UPGRADES ONLY

### BLUETOOTH AUDIO SYSTEM
INCLUDED



### CHARGING ZIPPER CABLE
INCLUDED



### TYPE-C CHARGING CABLE
INCLUDED



## INCLUDED IN 2.0 UPGRADES ONLY
5 PORT
### QC2.0 USB WALL CHARGER



INCLUDED IN 2.0
UPGRADES ONLY



## INCLUDED IN 2.0 UPGRADES ONLY

### DC 12V - 24V USB CAR CHARGER

Exhibit A - iBackPack Indiegogo Homepage

INCLUDED

INCLUDED IN 1.0 AND 2.0 IBACKPACK

## TSA CHECKPOINT FRIENDLY

**INTEGRATED TSA**
RECOGNISED LOCK

TRAVEL SENTRY
APPROVED



IBACKPACK
MOBILE APPS

3G & 4G WIFI

BLUETOOTH
SOUND SYSTEM

MASSIVE
BATTERY BANK

4 USB PORTS &
RETRACTABLE
POWER CORD

GPS/ANTI-THEFT

A perfect combination of
technology and design



Exhibit A - iBackPack Indiegogo Homepage





$169   **iBackPack 1.0**
Power Pack



Exhibit A - iBackPack Indiegogo Homepage



## PERKS

**VISIT SITE**

## FAQ

Exhibit A - iBackPack Indiegogo Homepage



Exhibit B - iBackPack Kickstarter Homepage

## iBackPack 2.0 - 4G MiFI, HiTech Batteries - Smart Cables



iBackPack 2.0 - 3G/4G Wi-Fi/Mi Fi, Bluetooth Audio, Massive Batteries, 6 USB, Wireless Car Charger, 60 Pockets, Bulletproof Options

Created by
**Doug Monahan**

252 backers pledged $76,694 to help bring this project to life

---

**About this project**



$76,694

252



**iBackPack** 2.0
## NEXT GENERATION
## BACKPACK



**Support this project**

Pledge $25 or more

Jul 2016          Anywhere in the world

Pledge $25 or more

Sep 2016          Anywhere in the world

Pledge $149 or more

Sep 2016          Anywhere in the world

Pledge $149 or more

Exhibit B - iBackPack Kickstarter Homepage









Exhibit B – iBackPack Kickstarter Homepage

## iBackPack 20K mAh Battery
### INCLUDED

NEVER LOSE
**POWER AGAIN**

## IBACKPACK LIPSTICK BATTERY
### INCLUDED

2 600 mAh

## CREDIT CARD STYLE BATTERY
### INCLUDED

3 000 mAh

Exhibit B - iBackPack Kickstarter Homepage



Funding period

BLUETOOTH AUDIO SYSTEM
INCLUDED

STAY CONNECTED 24/7 WITH THE IBACKPACK
HEADPHONES/MICROPHONE/AUDIO SYSTEM

Exhibit B – iBackPack Kickstarter Homepage

## Bluetooth Headphones, Microphone
### INCLUDED



- ✓ High definition, high quality audio
- ✓ In-Ears system display for batteries
- ✓ Answer Phone with voice prompts
- ✓ Ultimate remote office system
- ✓ High end chipset
- ✓ 6 Hours Talk Time / 8 Hours Listen
- ✓ Ultra Fast Battery Recharge!

## IBACKPACK SMART USB CABLES
### INCLUDED







## CHARGING ZIPPER CABLE
### INCLUDED



We've created over one hundred of these charging zipper cables that's extremely durable and charge's under a multitude of conditions and supports all Apple and Android products.

## TYPE-C CHARGING CABLE
### INCLUDED



Exhibit B - iBackPack Kickstarter Homepage



**4 PORT USB 2.0 HUB**
INCLUDED

**110V/220V WALL CHARGER**
INCLUDED

**DC 12V - 24V USB CAR CHARGER**
INCLUDED

Exhibit B - iBackPack Kickstarter Homepage











**TSA** CHECKPOINT FRIENDLY



Exhibit B - iBackPack Kickstarter Homepage



**INTEGRATED TSA**
RECOGNISED LOCK

**TRAVEL SENTRY**
APPROVED



RFID BLOCKING SLEEVES



iBack Pack™ Proximity Locator

YOUR iBackPack



iBACKPACK 2.0™
**MOBILE APPS**
INCLUDED



iBACKPACK 2.0™
**OPTIONAL ADD-ONS**

YOUR CUSTOM PLEDGE
USE iBackPack Pledge calculator for
additional assets.

TESTING
THE ELECTRONICS

Exhibit B - iBackPack Kickstarter Homepage



$249   IBACKPACK 2.0™
**POWER
BACKPACK**
$349

 

PLEDGE NOW



$499

THE
**iBACKPACK 2.0™ TEAM**



**DOUG MONAHAN**

Exhibit B - iBackPack Kickstarter Homepage











## Risks and challenges

Learn about accountability on Kickstarter

Report this project to Kickstarter

Exhibit B - iBackPack Kickstarter Homepage

