Exhibit D - Pow Indiegogo Homepage

# INDIEGOGO

**Explore** ⌄     **For Entrepreneurs**     Start a Campaign     **Sign Up**     **Log In**

# INDIEGOGO ⌄                                                🔍

- Home
- Explore
- For Entrepreneurs
- Equity Offerings
- Start a Campaign
- Log In or Sign Up



Let us know if you think this campaign contains prohibited content.

Sign Up for Inspiration

| Your email address |

| Sign Up Now |

Private, secure, spam-free
Follow us

Closed

## POW - Super Smart USB Magnetic Cable System

USB Super Smart Cables - Micro - Lightning - USB C
Combo + Charge Lights - Magnetic Connector + more

   Doug Monahan
Austin, United States
About

**$7,982** USD raised by 156 backers

*16%* of $50,000 flexible goal



Exhibit D - Pow Indiegogo Homepage

**STORY**   UPDATES (5)   COMMENTS (127)   BACKERS (156)







Exhibit D - Pow Indiegogo Homepage







Exhibit D - Pow Indiegogo Homepage













Data transfer & charging
at the same time

Exhibit D - Pow Indiegogo Homepage

GET YOURS NOW JUST FOR $19    **I WANT ONE**





Necessity is the mother of invention. One cable, many devices - Micro-USB Magnetic. Lightning-USB Magnetic. Typ-C USB Magnetic. Cables that tell you when your phone/tablet/device is charging and fully charged from across the room. 2X Transfer Rate Due To Smart Port Technology. http://www.pow-cables.com

Exhibit D - Pow Indiegogo Homepage





# PROJECT **TIMELINE**





Exhibit D - Pow Indiegogo Homepage



Exhibit D - Pow Indiegogo Homepage



## MEET THE **TEAM**



**DOUG MONAHAN**
CEO AND FOUNDER



ILE JUGOVSKI
VICE PRESIDENT



DUNCAN BONNICI
CHIEF TECHNOLOGY OFFICER



OSZKAR MIKLOS
SENIOR CREATIVE DIRECTOR



SLAVEN BERAM
SENIOR UI/UX DESIGNER



MILORAD SIBALIC
DEVELOPER

PERKS

## $19

Valentine's day Special

**Exhibit D - Pow Indiegogo Homepage**

+1 x POW Magnetic Connector +1 x POW Adapter
+1 x POW Ultra-Smart Cable +1 Credit Style
3000mAh Battery Your Choice of Lightning, Micro-
USB or Type-C.

## $10

### CAR CHARGER -

Our Car Charger is quite simply the best on the
market today. It has Micro-USB, Lightning-USB
built-in retractable cable. 1.1A and 1.2.1 A output.
Visit www.ibackpack.cc or www.pow-cables.com for
photos of technology

## $13

### WIRELESS POWER BATTERY

8k mAh Battery + Wireless Charger + Smart Cable -
BETA Program - You must be willing to take videos
of yourself using the battery, having it wireless
recharge your iPhone/Android of tablet and share

## $19

### POW Cable System

+1 x POW Magnetic Connector +1 x POW Adapter
+1 x POW Ultra-Smart Cable Your Choice of
Lightning, Micro-USB or Type-C

Exhibit D - Pow Indiegogo Homepage

## $19

### CUSTOM PLEDGE

Your Custom Pledge! 1. Using the Pledge
Calculator to find out the total cost of the
combination you want. http://www.pow-
cables.com/calculator/ 2. Place the calculated
amount as the pledge for this reward. 3. We will
send you a survey for you to pick your choice of
Lighting/Micro/Type-C USB

## $34

### 2x POW Cable System

2 x POW Magnetic Connector 2 x POW Adapter 2 x
POW Ultra-Smart Cable Your Choice of Lightning,
Micro-USB or Type-C

## $75

### 50k mAh Monolith Cable Bundle

Our 50k mAh Mammoth Monolith is the most
powerful USB in the market today. It features 3
ouput USB charging ports - 1A and 2 2.1A. It's
powerful enough to jump start your car yet
lightweight at only 9 ounces (1/2 lb).

## $80

### 5x POW Cable System

**Exhibit D - Pow Indiegogo Homepage**

5 x POW Magnetic Connector 5 x POW Adapter 5 x
POW Ultra-Smart Cable Your Choice of Lightning,
Micro-USB or Type-C

# $152

## 10 POW - Smart Cable & Connect

10 x POW Magnetic Connector 10 x POW Adapter
10 x POW Ultra-Smart Cable Your Choice of
Lightning, Micro-USB or Type-C

# $1520

## 100 POW - Corporate

100 x POW Magnetic Connector 100 x POW
Adapter 100 x POW Ultra-Smart Cable Your Choice
of Lightning, Micro-USB or Type-C

# $3800

## 250 POW - Reseller

250 x POW Magnetic Connector 250 x POW
Adapter 250 x POW Ultra-Smart Cable Your Choice
of Lightning, Micro-USB or Type-C

Exhibit D - Pow Indiegogo Homepage



About Indiegogo
About UsIndiegogo vs. KickstarterCareersPartner PagesBrand ResourcesPress
BlogEducation CenterExperts DirectoryEssential Guide to CrowdfundingTrust & SafetyHelp & SupportContact Us
About UsIndiegogo vs. KickstarterCareersPartner PagesBrand Resources
PressBlogEssential Guide to CrowdfundingTrust & Safety
Education CenterExperts DirectoryHelp & SupportContact Us
Language
English

 

Exhibit D - Pow Indiegogo Homepage



Campaigning
Start Your CampaignInDemandEquityEnterpriseGenerositySuccess StoriesPricing
Contributing
ExploreCollectionsPartner PagesEquity
Sign Up for Inspiration
Your email address
Sign Up Now
Private, secure, spam-free
About Indiegogo
How It WorksAbout UsIndiegogo vs. KickstarterCareersBrand ResourcesPressBlog
Help
Education CenterExperts DirectoryEssential Guide to CrowdfundingTrust & SafetyHelp & SupportContact Us
Follow us



Exhibit D - Pow Indiegogo Homepage



Language
English



Terms of Use Privacy policy Cookie policy Partner Terms
© 2017 Indiegogo, Inc. All Rights Reserved



