UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAY 06 2019

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:19cv160 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| iBackPack of Texas, LLC, and Douglas Monahan |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel O. Hanks<br>Federal Trade Commission<br>600 Pennsylvania Ave NW, Mail Stop CC-10232<br>Washington, DC 20580<br>202-326-2472; dhanks@ftc.gov<br>D.C. Bar # 495823 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/6/2019 | Signed: | /s/ Daniel O. Hanks |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 5/6/19 | Clerk's signature  *Lorraine Flewn* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____  _____
                                                            United States District Judge