United States District Court
Southern District of Texas
**ENTERED**
May 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAY 06 2019

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:19cv160 |
|---|---|---|---|

| Federal Trade Commission |
|---|

*versus*

| iBackPack of Texas, LLC, and Douglas Monahan |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel O. Hanks<br>Federal Trade Commission<br>600 Pennsylvania Ave NW, Mail Stop CC-10232<br>Washington, DC 20580<br>202-326-2472; dhanks@ftc.gov<br>D.C. Bar # 495823 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/6/2019 | Signed: | /s/ Daniel O. Hanks |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 5/6/19 | Clerk's signature   Lorraine Trevino |

**Order**

Dated: 5/7/19

This lawyer is admitted *pro hac vice*.

George C. Hanks Jr.
United States District Judge