UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Case No. 3:19-cv-00160 |
| Plaintiff, | Judge George C. Hanks, Jr. |
| v. | Magistrate Judge Andrew M. Edison |
| iBackPack of Texas, LLC, *et al.*, | |
| Defendants. | |

**PLAINTIFF FTC'S NOTICE REGARDING DOCKET ENTRY #2**

Plaintiff, the Federal Trade Commission ("FTC"), hereby provides this notice regarding Docket Entry #2, which appears to have been entered on the docket in error. Docket Entry #2 reflects a pending motion by the FTC for a permanent injunction with a motion docket date of May 28, 2019. The FTC, however, has not moved for a permanent injunction at this time and believes that Docket Entry #2 was created in error.[1]

---

[1] It appears that when the FTC's Complaint for Permanent Injunction and Other Equitable Relief ("Complaint") was manually submitted to the Clerk's Office on May 6, 2019, it was inadvertently entered on the docket as both a complaint [dkt. 1] and a motion [dkt. 2]. The FTC intended for its Complaint to be filed only as a complaint.

1

The FTC submits this notice to address any potential ambiguity on the docket and clarify that, although the FTC will be seeking a permanent injunction as final relief in this matter, the FTC has not moved for a permanent injunction at this time.

Respectfully submitted,

Dated:  May 20, 2019         /s/  Patrick Roy
Patrick Roy, Attorney-in-Charge
D.C. Bar # 1023521
S.D. Texas (admitted *pro hac vice*)
proy@ftc.gov

Daniel O. Hanks
D.C. Bar # 495823
S.D. Texas (admitted *pro hac vice*)
dhanks@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue N.W., CC-10232
Washington, DC  20580
202-326-3477 (Roy); -2472 (Hanks)
Facsimile: 202-326-3768

Attorneys for Plaintiff
Federal Trade Commission

## CERTIFICATE OF SERVICE

I, Patrick Roy, an attorney, hereby certify that on May 20, 2019, I caused to be served true copies of the foregoing Notice Regarding Docket Entry #2 on the Defendants through the CM/ECF System and by first-class mail.

/s/  Patrick Roy
Patrick Roy
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3477
proy@ftc.gov

Attorney for Plaintiff
Federal Trade Commission