# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL NO. 3:19-cv-00160 |
| Plaintiff, | Judge: George C. Hanks Jr. |
| v. | Magistrate Judge: Andrew M. Edison |
| IBACKPACK OF TEXAS, LLC, *et al.*, | |
| Defendants. | |

## PLAINTIFF FTC'S CERTIFICATION AS TO INTERESTED PARTIES

Pursuant to the Order for Conference and Disclosure of Interested Parties entered on May 7, 2019, [dkt. 5], Plaintiff, the Federal Trade Commission ("FTC"), by and through the undersigned counsel, certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation: iBackPack of Texas, LLC; Douglas Monahan; and the FTC.

Dated: May 20, 2019

Respectfully submitted,

/s/ Patrick Roy
Patrick Roy, Attorney-in-Charge
D.C. Bar # 1023521
S.D. Texas (admitted *pro hac vice*)
E-mail: proy@ftc.gov

COMPLAINT

Daniel O. Hanks
D.C. Bar # 495823
S.D. Texas (admitted *pro hac vice*)
E-mail:  dhanks@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue N.W., CC-10232
Washington, DC  20580
Telephone: 202-326-3477 (Roy); -2472 (Hanks)
Facsimile: 202-326-3768

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I, Patrick Roy, an attorney, hereby certify that on May 20, 2019, I caused to be served true copies of the foregoing Certification as to Interested Parties on the Defendants through the CM/ECF System and by first-class mail.

/s/  Patrick Roy
Patrick Roy
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3477
proy@ftc.gov

Attorney for Plaintiff
Federal Trade Commission