United States District Court
Southern District of Texas
**ENTERED**
May 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00160 |
| | § | |
| IBACKPACK OF TEXAS LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Federal Trade Commission's (the "Commission") Motion for Permanent Injunction. Dkt. 2. In light of the Commission's recent notice explaining that this motion was "entered on the docket in error" (Dkt. 10), the Court **DENIES** the motion **AS MOOT**.

SIGNED at Galveston, Texas, this 21st day of May, 2019.

_____
George C. Hanks Jr.
United States District Judge