Doug Monahan

Attorney Pro Se

409 Colonial Dr.

Friendswood, Texas 77546

Doug.monahan@ibackpack.com

512-281-6533

US District Court, Southern District

) Case No.: 3.19.cv-00160

**US Federal Trade Commission**    )

**Vs.**    )

**Doug Monahan and iBackPack of Texas, LLC** )

**MOTION TO DISMISS**

I hereby request the court Dismiss **Case No.: 3.19.cv-00160 against Doug Monahan and the iBackPack of Texas, LLC**. A Sworn and notarized Affadavit executed by Doug Monahan individually and as officer for the iBackPack supporting this MOTION TO DISMISS is attached.

*[signature: Doug Monahan]*

Doug Monahan

Attorney Pro Se

Email: doug.monahan@ibackpack.net

For:

Susan Gram Case Manager

Case Manager for Judge George C. Hanks

United States Courthouse

601 Rosenberg,

Sixth Floor Galveston, TX 77550

Telephone: (409) 766-3737

*[Stamp: United States Courts, Southern District of Texas, FILED JUL 08 2019, David J. Bradley, Clerk of Court]*