Doug Menahen
4na Colorado
Friendswood TX 77546

Susan Graham
Case Manager Judge [illegible]
US Courthouse
601 Rosenberg - Sixth Floor
Galveston TX 7750




U.S. POSTAGE PAID
FCM LG ENV
FRIENDSWOOD, TX
77546
JUL 05, 19
AMOUNT
$1.30
R2305H143500-12