1    July 1, 2019

2    Doug Monahan

3    Attorney Pro Se

4    409 Colonial Dr.

5    Friendswood, Texas 77546

6    Doug.monahan@ibackpack.com

7    512-281-6533

8    **US District Court, Southern District**

9    ) **Case No.: 3.19-cv-00160**

10    **US Federal Trade Commission**    )

11    **Vs.**    )

12    **Doug Monahan and iBackPack of Texas, LLC** )

13    **AFFADAVIT SUPPORTING**

14    **MOTION TO DISMISS**

15

16 This is a simple case of unexpected and unforeseen circumstances adversely affecting a start-up business
17 called iBackPack of Texas, LLC. It was founded by an Austin, Texas extremely successful entrepreneur
18 Doug Monahan. His first company, Sunset Direct, Inc, a high-tech outsourced sales firm, was started on
19 personal credit cards as its venture – went on to gross $20 M annually. Monahan sold his 100% interest in
20 Sunset in 2005.

21 Monahan believed a high-tech backpack would be a good product. He created a website, preliminary
22 designs and loaned $500k to iBackPack of Texas, LLC. for start-up capital and began aggressively
23 advertising the coming iBackPack. Monahan was planning on raising $2.5 m via traditional vc firms. Crowd
24 Funding site Indiegogo approach Monahan and convinced him to raise money in the yet unproven,
25 controversial crowd funding website. The iBackPack raised roughly $800k via crowd funding donations.

26 iBackPack hired twenty five designers, software engineers and successfully developed the iBackPack
27 prototype as well as 15 high tech add-ons such as 8 different lithium ion batteries, modems, fans, and other
28 products. The iBackPack and all accessories were shipped to the FTC as well as over 100 Beta testers.
29 Lithium ion batteries had unexpected issues. Monahan and iBackPack lined up manufacturing facilities, has
30 videos showing products in products and readied itself to ship. However, in September 2016, Samsung,
31 HP, Panasonic, Dell, IBM recalled millions of the batteries, writing off over $15 billion due to fires, and
32 unexpected explosions. October through May 2017, Battery pricing skyrocketed, shipping of lithium ion
33 batteries more than quadrupled coupled with major restrictions. American Airlines, United and 15 others
34 banned high-tech luggage from flights.

35

May of 2017, Monahan was admitted to Austin Hospital ICU for over thirty days. He had life-threatening pulmonary embolisms (blood clots) where he underwent four major surgeries including full hip replacement, a near amputation of leg, multiple skin grafts and more. His hospital bill totaled $414k – none paid for with iBackPack funds. Today, Monahan is physically handicapped, out the half a million he invested, being sued by the FTC and struggling financially and with his health.

There was never any intent to deceive as the FTC claims. Those who contributed to the iBackPack understood there were high risks, realized they were not purchasing any product, and made their contributions knowingly and willingly without undo pressure. All contributions were via internet. Please dismiss this case. It is poor use of the court and government resources.

Respectfully submitted,

_____

Doug Monahan

Attorney Pro Se

Email: doug.monahan@ibackpack.net

For:

Susan Gram Case Manager

Case Manager for Judge George C. Hanks

United States Courthouse

601 Rosenberg,

Sixth Floor Galveston, TX 77550

Telephone: (409) 766-3737