United States District Court
Southern District of Texas
**ENTERED**
July 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00160 |
| | § | |
| IBACKPACK OF TEXAS LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STRIKING MOTION

Pending before the Court is Defendant Douglas Monahan's Motion to Dismiss (Dkt. 13); however, it is deficient in the area (s) checked below:

(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. \_\_\_ Pleading is not signed. (L.R.11.3)

2. \_\_\_ Pleading is not in compliance with L.R.11.3.A (1) through (6)

3. \_\_\_ Caption of the pleading is incomplete. (L.R.10.1)

4. \_\_\_ No certificate of service, or explanation why service is not required. (L.R.5.4)

5. \_\_\_ Motion is not in compliance with L.R.7:

   a. \_\_\_ No statement of opposition or non-opposition. (L.R.7.2)

   b. \_\_\_ No statement re conference w/opposing counsel. (L.R.7.1 .D)

   c. \_\_\_ Separate proposed order not provided. (L.R.7.1.C)

6. \_\_\_ Motion to consolidate is not in compliance with L.R.7.6.

7. _**X**_ Other:

   a. \_\_\_ Red vertical lines on pleading. (L.R.11.4)

   b. \_\_\_ Computer codes on proposed order (Galveston General Order 2000–1)

  c. \_\_\_ No space provided for date on proposed order

  d. \_\_\_ No leave of court

  e. \_\_\_ Original and One Copy filing requirement. (L.R.5.2)

  f. \_**X**\_\_ Motion does not comply with Court's Procedures.
    *See* Hanks Procedures 6.B.

The Clerk is hereby **ORDERED** to strike the above instrument (s) from the record and notify counsel of such action.

SIGNED at Galveston, Texas, this 9th day of July, 2019.

            */s/ George C. Hanks Jr.*
            George C. Hanks Jr.
            United States District Judge