UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Case No. 3:19-cv-00160 |
| Plaintiff, | Judge George C. Hanks, Jr. |
| v. | Magistrate Judge Andrew M. Edison |
| iBackPack of Texas, LLC, and Douglas Monahan, | |
| Defendants. | |

**PLAINTIFF FTC'S APPLICATION FOR ENTRY OF DEFAULT**

Plaintiff, the Federal Trade Commission ("FTC"), respectfully requests that the Clerk enter default against defendants iBackPack of Texas, LLC, and Douglas Monahan pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Default should be entered against these defendants because they have failed to respond to the Complaint within the time period set forth in the Federal Rules of Civil Procedure.  The facts supporting this application are set forth in the accompanying declaration of Patrick Roy, counsel for the Federal Trade Commission.

Respectfully submitted,

Dated:  August 5, 2019         /s/  Patrick Roy
                               Patrick Roy, Attorney-in-Charge
                               D.C. Bar # 1023521
                               S.D. Texas (admitted *pro hac vice*)
                               proy@ftc.gov

1

Daniel O. Hanks
D.C. Bar # 495823
S.D. Texas (admitted *pro hac vice*)
dhanks@ftc.gov

Federal Trade Commission
600 Pennsylvania Ave NW, CC-10232
Washington, DC  20580
202-326-3477 (Roy); -2472 (Hanks)
Facsimile: 202-326-3768

Attorneys for Plaintiff
Federal Trade Commission

2

## CERTIFICATE OF SERVICE

I, Patrick Roy, an attorney, hereby certify that on August 5, 2019, I caused to be served true copies of the foregoing Motion for and Brief in Support of Entry of Default on the Defendants through the CM/ECF System and by first-class mail.

/s/  Patrick Roy
Patrick Roy
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3477
proy@ftc.gov

Attorney for Plaintiff
Federal Trade Commission