United States District Court
Southern District of Texas
**ENTERED**
August 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-160 |
| | § | |
| IBACKPACK OF TEXAS LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pending before the Court is Plaintiff FTC's Application for Entry of Default. (Dkt. 17)

Defendant iBackPack of Texas, LLC and Douglas Monahan have filed an Answer (Dkt. 18) to Plaintiff's Complaint.  Therefore, Plaintiff FTC's Application for Entry of Default is **DENIED**.

**IT IS SO ORDERED**.

SIGNED at Galveston, Texas, this 6th day of August, 2019.

_____
George C. Hanks Jr.
United States District Judge