United States District Court
Southern District of Texas
**ENTERED**
August 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-160 |
| | § | |
| IBACKPACK OF TEXAS LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING CASE

Pursuant to 28 U.S.C. § 636(b)(1)(a), all non-dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(b), all dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for Report and Recommendation to this Court.

All trial deadlines before this Court shall remain in effect.

SIGNED at Galveston, Texas, this 19th day of August, 2019.

_____
George C. Hanks Jr.
United States District Judge