United States Courts
Southern District of Texas
FILED

AUG 20 2019

David J. Bradley, Clerk of Court

August 14, 2019

Susan Gram
Case Manager to Judge George C. Hanks, Jr.
United States Courthouse
601 Rosenberg, Room 411
Galveston, TX 77550
Or by email: galveston_cm@txs.uscourts.gov

Dear Ms. Gram:

I would greatly appreciate it if you would file my Answer of Interested Individuals in this Case. .

Sincerely,

Doug Monahan
Attorney pro-se

1