Doug Manahan
409 Colonial Dr
Friendswood, TX 77546-4024

Case Manager to Judge George
C. Hanks Jr,
United State courthouse
601 Rosenberge, Room 411

Susan Gram

77550-17381 Galveston

NORTH HOUSTON TX 773
19 AUG 2019 PM 6 L

AUG 20 2019
David J. Bradley, Clerk of Court
Southern District of Texas