UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION



| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>iBackPack of Texas, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 3:19-cv-00160<br><br>Judge George C. Hanks, Jr.<br>Magistrate Judge Andrew M. Edison<br><br>**ANSWER – KNOWN**<br>**INDIVIDUALS &**<br>**ORGANIZATIONS INTERESTED**<br>**IN OUTCOME OF LITIGATION** |

DEFENDANT'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES Per the Court's Order

Defendant certifies that the following list is all known persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other legal entities that are financially interested in the outcome of this litigation

Defendants iBackPack and Douglas Monahan

Each of the backers of the iBackPack

Indiegogo

Kickstarter

If additional parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified during the Case 3-19-cv-00160 Document Filed in TXSD on 8-14-19 Page 1 of 2 pendency of this litigation, then counsel shall promptly file an amended certificate.

/s/ Douglas Monahan                              __August 14, 2019_____
Douglas Monahan, Defendant, *pro se*                    August 14, 2019

2

## **CERTIFICATE OF SERVICE**

I, Douglas Monahan, attorney pro-se, hereby certify that on August 14, 2019, I caused to be served true copies to the following counsel for Plaintiff of the Answer to the FTC Complaint by first-class mail.

Attorneys for Plaintiff
Federal Trade Commission

:

| | |
|---|---|
| Patrick Roy | Daniel Hanks |
| Federal Trade Commission | Federal Trade Commission |
| 600 Pennsylvania Ave NW | 600 Pennsylvania Ave NW |
| Mail Stop CC-10232 | Mail Stop CC-10232 |
| Washington, DC 20580 | Washington, DC 20580 |
| D.C. Bar # 1023521 | D.C. Bar # 495823 |
| 202-326-3477 (phone) | 202-326-2472 (phone) |
| 202-326-3768 (fax) | 202-326-3768 (fax) |
| proy@ftc.gov | dhanks@ftc.gov |

Defendant Attorney Pro Se
/s/  Douglas Monahan
Douglas Monahan
409 Colonial Drive.
Friendswood, Texas 77546
512-281-6533
douglas.monahan@ibackpack.net

3