

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>iBackPack of Texas, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 3:19-cv-00160<br><br>Judge George C. Hanks, Jr.<br>Magistrate Judge Andrew M. Edison<br><br>**MOTION TO REQUEST ABILITY**<br>**TO FILE ELECTRONICALLY** |

It would be greatly appreciated if the Court would approve a motion to allow Defendant's the ability to file electronically. This has been discussed with the Plaintiff's counsel and they do not object to same. When in the Courtroom last week I handed them this request, they have sent me an email stating it was fine as well. If it is required for me to mail you the Plaintiff's not objecting to same I will send under separate cover.

/s/ Douglas Monahan                                      __August 14, 2019__
Douglas Monahan, Defendant, *pro se*                      August 14, 2019

**CERTIFICATE OF SERVICE**

I, Douglas Monahan, attorney pro-se, hereby certify that on August 14, 2019, I caused to be served true copies to the following counsel for Plaintiff of the Answer to the FTC Complaint by first-class mail.

2

August 14, 2019

Susan Gram
Case Manager to Judge George C. Hanks, Jr.
 United States Courthouse
601 Rosenberg, Room 411
Galveston, TX 77550
 Or by email: galveston_cm@txs.uscourts.gov

Dear Ms. Gram:

I would greatly appreciate it if you would file my Motion Requesting Ability To File Electronically. .


Sincerely,

Doug Monahan
Attorney pro-se

1