UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Case No. 3:19-cv-00160 |
| Plaintiff, | Judge George C. Hanks, Jr. |
| v. | Magistrate Judge Andrew M. Edison |
| iBackPack of Texas, LLC, and Douglas Monahan, | |
| Defendants. | |

**PLAINTIFF FTC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT iBACKPACK OF TEXAS, LLC**

Plaintiff, the Federal Trade Commission ("FTC"), respectfully requests that the Clerk enter default against defendant iBackPack of Texas, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Default should be entered against iBackPack of Texas, LLC, because it is an entity that can only participate in federal litigation through licensed counsel, and no attorney has entered an appearance on its behalf. Accordingly, iBackPack of Texas, LLC, has failed to plead or otherwise defend this action, and entry of default against it is warranted under Rule 55(a).

The facts supporting this application are set forth in the accompanying declaration of Patrick Roy, counsel for the Federal Trade Commission.

1

Respectfully submitted,

Dated:  August 26, 2019				/s/  Patrick Roy
						Patrick Roy, Attorney-in-Charge
						D.C. Bar # 1023521
						S.D. Texas (admitted *pro hac vice*)
						proy@ftc.gov

						Daniel O. Hanks
						D.C. Bar # 495823
						S.D. Texas (admitted *pro hac vice*)
						dhanks@ftc.gov

						Federal Trade Commission
						600 Pennsylvania Ave NW, CC-10232
						Washington, DC  20580
						202-326-3477 (Roy); -2472 (Hanks)
						Facsimile: 202-326-3768

						Attorneys for Plaintiff
						Federal Trade Commission

## CERTIFICATE OF SERVICE

I, Patrick Roy, an attorney, hereby certify that on August 26, 2019, I caused to be served true copies of the foregoing Application for Entry of Default Against Defendant iBackPack of Texas, LLC, on the Defendants through the CM/ECF System and by first-class mail.

/s/  Patrick Roy
Patrick Roy
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3477
proy@ftc.gov

Attorney for Plaintiff
Federal Trade Commission