United States District Court
Southern District of Texas
**ENTERED**
August 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00160 |
| | § | |
| IBACKPACK OF TEXAS LLC, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

## CLERK'S ENTRY OF DEFAULT

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

**iBackpack of Texas, LLC**

Therefore, default is entered against the defendant(s) as authorized by federal rule of Civil Procedure 55(a).

David J. Bradley
Clerk of the District Court.

By: Deputy Clerk