



United States Courts
Southern District of Texas
FILED
SEP 03 2019
David J. Bradley, Clerk of Court

August 20, 2019

Judge Andrew Edison.
 United States Courthouse
601 Rosenberg, Room 411
Galveston, TX 77550

Dear Judge Edison:

I appreciate you taking the time to explain the history of the US Courthouse in Galveston. I especially enjoyed learning about how the statement "You've passed the bar" came about. It was also interesting to learn about the clock being stopped at 5:40 due to a Hurricane and the reasons and purpose of the smaller doors to your left.

As I stated in my brief moment before your bench, it would have been far easier to take a tour of the Courthouse vs. being sued by the US Federal Trade Commission to learn the history of the Courthouse. However, despite the circumstances I enjoyed being on the other side of the bar as an attorney pro se. It's hardly a way I would recommend for anyone to learn about the way the federal courts work, but I am going to make the best of the situation and cherish it for the experience and knowledge I will gain.

I was very impressed with your career. If my memory serves me correctly you have 25 years experience as a Trial Attorney, then serves for 10 years in the State Courts prior to accepting a judgeship with the Federal Courts. You come across as sincere, hard working, highly intelligent and dedicated to the spirit of fairness. I don't think anyone, whether a plaintiff or defendant, in any court could ask for more. I hope I am not coming across as a sycophant for that is not the purpose of my letter. I would be remiss and regretful if I didn't take the time to tell you what so many before me have witnessed.

A bit about myself. I'm 62, a US Military Academy at West Point attendee. I left West Point my "yearling" year (sophomore) because I've always wanted to become a mult-millionaire and realized the Army couldn't present that opportunity. In 1992, I founded Sunset Direct in Austin, using only my personal credit cards as my "venture capital." Within a few short years, my company Sunset Direct was named #28 on the Inc. 500, I had 350 employees, customers such as IBM, Intel, Google, Compaq, ATT, Sprint, Lucent . . . the whose who of technology and communication. Sunset offered outsourced sales and marketing services.

1



My only experience in litigation was when Compaq reneged on a marketing contract. Mithoff & Jacks of Houston represented me as plaintiff. I worked closely with Richard Mithoff and Tommy Jacks in a four year dispute in Travis County with Compaq as Defendant. Compaq settled out of court with us for six million dollars in 1997.

This is a personal letter. It has nothing to do with my case before you or Judge Hanks. I apologize if I'm breaking protocol. I just felt you needed to know what those in your courtroom feel.
Respectfully,
Douglas Monahan
Friendswood, Texas


Sincerely,
Doug Monahan
Attorney pro-se