UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Federal Trade Commission | § § | |
| *versus* | § § | Civil Action 3:19–cv–00160 |
| iBackpack of Texas LLC, et al. | § | |

## NOTICE OF SETTING

A telephonic Status Conference is set at the following date and time:

**9/5/2019 at 03:00 PM CST
before Magistrate Judge Andrew M Edison**

Letter – #27
Letter – #28

Please call the Court's conference line **ten minutes** prior to the scheduled hearing.

Dial in Number: 409-763-7881
Conference ID: 37881#
Password: 13579#

Date:   September 3, 2019

David J. Bradley, Clerk