UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Federal Trade Commission | § | |
| | § | |
| *versus* | § | Case Number: 3:19−cv−00160 |
| | § | |
| iBackpack of Texas LLC, et al. | § | |

## Notice of Reassignment

     Pursuant to General Order No. 2019−8, this case is reassigned to the docket of United States District Judge Jeffrey V Brown. Deadlines in scheduling orders remain in effect.

     Until Judge Jeffrey V. Brown issues formal rules, please follow Magistrate Judge Andrew Edison's court procedures which can be found at www.txs.uscourts.gov.

Date: September 11, 2019

David J. Bradley, Clerk