UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Case No. 3:19-cv-00160 |
| Plaintiff, | Judge Jeffrey V. Brown |
| v. | Magistrate Judge Andrew M. Edison |
| iBackPack of Texas, LLC, and Douglas Monahan, | |
| Defendants. | |

**ORDER GRANTING LEAVE
TO EXCEED PAGE LIMIT**

On January 31, 2020, Plaintiff, the Federal Trade Commission, moved this Court for leave to exceed the page limit set forth in Section 7.A of the Court's procedures by filing a summary judgment memorandum of up to thirty pages.

Upon consideration of the motion, it is ORDERED that

1. The motion is GRANTED;

2. Plaintiff's summary judgment memorandum shall not exceed thirty pages.

Dated: _____     _____
                                                              Hon. Andrew M. Edison
                                                              U.S. Magistrate Judge