United States District Court
Southern District of Texas
**ENTERED**
January 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:19–CV–00160 |
| § | |
| IBACKPACK OF TEXAS, LLC, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## **ORDER**

I have considered the request for a pre-motion conference filed by Plaintiff Federal Trade Commission (Dkt. 31). I find that, under the circumstances of this case, the requested pre-motion conference is not necessary at this time.

I **GRANT** Plaintiff's request to file a motion for summary judgment.

SIGNED at Galveston, Texas, this 31st day of January, 2020.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE