UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION



| | |
|---|---|
| Federal Trade Commission, | Civil Action No. 3:19-cv-00160 |
| Plaintiff, | Magistrate Judge Andrew M. Edison |
| v. | **MOTION FOR EXTENSION OF TIME TO ANSWER** |
| iBackPack of Texas, LLC, *et al.*, | |
| Defendants. | |

Defendant(s) iBackPack of Texas, LLC et. al, pro se respectfully request an order granting defendants an additional 7 days in which to respond to the Plaintiff's request for summary judgment. We understand such a request is set by Rule 12 of the Federal Rules of Civil Procedure.

I have spoken to Mr. Hanks and Mr. Roy with the FTC and they do not object.

Sincerely,

/s/ Douglas Monahan                             February 26, 2020
Douglas Monahan, Defendant, *pro se*                    Date

## **CERTIFICATE OF SERVICE**

I, Douglas Monahan, attorney pro-se, hereby certify that on February 26, 2020, I caused to be served true copies to the following counsel for Plaintiff of the Answer to the FTC Complaint by email.

*[signature]*

Attorneys for Defendant
Doug Monahan

:

| | |
|---|---|
| Patrick Roy<br>Federal Trade Commission<br>600 Pennsylvania Ave NW<br>Mail Stop CC-10232<br>Washington, DC 20580<br>D.C. Bar # 1023521<br>202-326-3477  (phone)<br>202-326-3768  (fax)<br>proy@ftc.gov | Daniel Hanks<br>Federal Trade Commission<br>600 Pennsylvania Ave NW<br>Mail Stop CC-10232<br>Washington, DC 20580<br>D.C. Bar # 495823<br>202-326-2472  (phone)<br>202-326-3768  (fax)<br>dhanks@ftc.gov |

<u>Defendant Attorney Pro Se</u>
/s/  Douglas Monahan
Douglas Monahan
409 Colonial Drive.
Friendswood, Texas 77546
512-281-6533
Doug.monahan@ibackpack.net

February 26, 2020

**William Bostic**
**Case Manager for Judge Edison**
United States Courthouse
601 Rosenberg, Room 411
Galveston, TX 77550
Or by email: galveston_cm@txs.uscourts.gov

Dear Mr. Bostic:

I would greatly appreciate it if you would file my request for an enlargement of time for me to respond to the FTC request for summary judgment.

Sincerely,

Doug Monahan
Attorney pro-se