United States District Court
Southern District of Texas
**ENTERED**
March 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:19–CV–00160 |
| IBACKPACK OF TEXAS, LLC, ET AL., | § § § § | |
| Defendants. | § | |

## ORDER

Before me is Defendant Douglas Monahan's Motion for Extension of Time to Answer (Dkt. 38). The motion is **GRANTED**. Monahan's response to Plaintiff's motion for summary judgment (Dkt. 35) is due on or before March 6, 2020.

SIGNED at Galveston, Texas, this 2nd day of March, 2020.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE