UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

*March 10, 2020*

David J. Bradley, Clerk of Court

FEDERAL TRADE COMMISSION,

    Plaintiff,

      v.

IBACKPACK OF TEXAS, LLC, a limited liability
    company, and

DOUGLAS MONAHAN, individually and as an
    officer of iBackPack of Texas, LLC,

    Defendants.

**Case No. 3:19-cv-00160**

# DEFENDANT DOUG MONAHAN'S OPPOSITION TO SUMMARY JUDGMENT MOTION FILED BY PLAINTIFF, THE FTC AND SUPPORTING MEMORANDUM

## I.    NATURE AND STAGE OF PROCEEDINGS

The FTC commenced this action on May 6, 2019, alleging that Defendants violated Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), by engaging in deceptive acts or practices in the course of operating multiple crowdfunding campaigns.  February 7, 2019 the FTC requested the court make a summary judgment. Defendant has substantive facts to dispute the FTC's allegations and is presenting same with this opposition to summary judgment.

# I   STATEMENT OF THE ISSUES TO BE RULED UPON

On May 6, 2019, the FTC initiated litigation against Monahan and iBackPack of Texas, LLC. The FTC is claiming Defendant violated FTC laws regarding deception. On Feb. 7, 2020 the FTC filed a motion with the court for summary judgment. Monahan is asking the court to deny the FTC request for summary judgment. The FTC has not proven there are no legal issues that need to be addressed and their claim of "no genuine issues of material fact" is completely without merit. Additionally, the FTC has requested injunctive and monetary relief. Defendant objects to their claim for same, has many substantive arguments to present to the court, and thus asks the Court to deny any injunctive and monetary relief.

The party seeking summary judgment "bears the heavy burden of establishing that the merits of his case are so clear that expedited action is justified." Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C.Cir.1987). "Until a movant has met its burden, the opponent of a summary judgment motion is under no obligation to present any evidence." Gray v. Greyhound Lines, East, 545 F.2d 169, 174 (D.C. Cir. 1976). When a motion for summary judgment is under consideration, "the evidence of the non-movant is to be believed, and all justifiable inferences are to be drawn in [its] favor." Liberty Lobby, Inc., 477 U.S. at 255.

**FTC CLAIMS**

The FTC has claimed: "Monahan regularly used funds from the iBackPack of Texas corporate account at Plains Capital Bank for personal purposes including: • More than $97,000 to pay off his personal credit cards • Two wire transfers totaling $275,000 to a bank account jointly held in the names of Monahan and his mother; • Over $66,000 in cash withdrawals; • More than $48,000 to purchase bitcoins; • Over $69,000 in debit card payments to business establishments that were clearly for personal use, including liquor stores, dry cleaners, and the office of Monahan's dentist."

We have tremendous respect for FTC. However, it is ironic for an organization who is charged with preventing organizations from making deceptive and misleading claims, to claim the above in their Summary Judgment Motion against Defendant. These are a many material facts overlooked, disregarded and skewed which paints an unrealistic and skewed picture. The FTC was provided iBackPack financials on Month, day, year. The iBackPack financials were prepared by the aforementioned Austin, Texas based CPA firm of Ronald W. Meyer Certified Public Accountinig Firm PLLC.

"Over $69,000 in debit card payments to business establishments that were clearly for personal use, including liquor stores, dry cleaners, and the office of Monahan's dentist."The Statement fails to mention the iBackPack does not have corporate credit cards, and Monahan had spent much more than $97,000 for business purposes.

**FTC CLAIMS**

The FTC has claimed:  Over $69,000 in debit card payments to business establishments that were clearly

for personal use, including liquor stores, dry cleaners, and the office of Monahan's dentist." Defendant

finds this statement deceptive as well. The FTC has iBackPack records which clearly show the

Monahan's teeth cleanings and checks ups were billed to him.  No matter the amount of funds, anytime

there is money transferred within the company to anyone, whether it be Monahan, a vendor or employee,

the company following Generally Accepted Accounting Procedures. If liquor or chewing gum was

purchased, it was always charged to the appropriate party. It's quite easy to keep up with such charges

when using a Certified Public Account such as Ron Meyers, Certified Public Accounts Firm, PLLC. His

firm provides detailed, full audits on the "books."

**iBACKPACK FUNDING**

Monahan contributed between $1 and $2 million dollars toward the iBackPack project prior to the

crowdfunding fiasco. Staff members at other Monahan companies such as Mobilezapp had working

thousands of hours on unique algorithms and methodologies to be included with the iBackPack. He first

came up with the idea in 2013 and by Summer of 2015 had a Facebook page with over fifty thousand

fans. Thousands of fans were joining every day, which is how Indiegogo first heard of Monahan and his

iBackPack project. In July of 2015 Monahan was called by Udayan from Indiegogo who pitched

Monahan on the merits of crowdfunding, the opportunity for him to gain additional users, have Indiegogo

pay for advertising on their own. They offered him a "sweetheart deal" and convinced him he would be

able to raise many millions of dollars similar to the Coolest Cooler which raised over $12 Million in xxx.

3

## FTC CLAIMS

l Americans US governmental agency charged with: "c) prescribe rules defining with specificity acts or practices that are unfair or deceptive twenty years. Every penny of the $800,000 has been accounted for. My CPA records prove I did not use backers money to get my teeth cleaned, pay for my drycleaners, pay for my liquor, pay off my credit cards, purchase bitcoins and withdraw vast amounts of cash at ATM. My CPA follows General Accepted Accounting Principals. He is a Licensed Certified Public Accountant. His records will show that I have invested an additional $1.8 million into the iBackPack project - over and above the $800,000 received from crowdfunding backers.  My CPA records can also show, and my proof of work, videos, photos, receipts, affadavits and real demonstrative and conclusive evidence will prove that the $800,000 was spent toward building the iBackPack company, and ultimately being able to deliver iBackPacks to all of the backers. I agree there were 4 campaigns launched, but all of the monies - roughly $11,000 from the two was refunded 100% to the backers.ny and all of my personal expenses were, in fact, paid for by myself. Dentist charges are

& entertainment according to GAAP. The same is true for bitcoins,[45] debit card payments,[46] credit card payments[47] or a joint account.[48]

The iBackPack is much more complicated than one would think. We designed the backpack from scratch. Hartmann Luggage was used as the "gold standard". It required choosing the best nylon canvas and even choosing to select fishing line for the thread vs. cotton.

aff members participated in the creative and design of the iBackPack. A tremendous amount of attention is paid to each feature of the iBackPack. The size and shape of the pockets were individually diagrammed, velcro strips strategically placed to hold a mobile phone, a compass, earphones [1]TSA approved security lock[1] backpack RQ5 HEADPHONES box-11-23.pdf , secret pockets for cash and credit cards[1], special enter/exit holes for battery cables on all pockets[1], xtra wide shoulder [1], 4 USB external port[1]. The bottom of the iBackPack has a custom designed strap to fit ones forearm[1] so the iBackPack can be held like a roman shield in case of terrorist attack. The iBackPack is unique. The company would market the iBackPack with all components included - as well as sell individual batteries of multiple capacities, wall chargers[1], iphone[1] & android cables[1] and myriad of other iBackPack add-ones.  Batteries have multiple charging ports[1] and unique custom LED displays[1]. With such cutting-edge products, Monahan was confident Sears, Target, JC Penneys, Walmart and other top US retailers would be lining up to place orders.  We would only have to get through the BETA program and big box retailers would place significant orders which could be used to further fuel iBackPacks growth. Monahan's plan to sell tens of thousands to big box retailers seemed easily obtainable. Raising $5 million from private equity groups and angel investors seemed reasonable as well

## IBACKPACK (CONT.)

25 staff members participated in the creative and design of the iBackPack. A tremendous amount of attention is paid to each feature of the iBackPack. The size and shape of the pockets were individually diagrammed, velcro strips strategically placed to hold a mobile phone, a compass, earphones [1]TSA approved security lock[1] backpack RQ5 HEADPHONES box-11-23.pdf, secret pockets for cash and credit cards[1], special enter/exit holes for battery cables on all pockets[1], xtra wide shoulder [1], 4 USB external port[1]. The bottom of the iBackPack has a custom designed strap to fit ones forearm[1] so the iBackPack can be held like a roman shield in case of terrorist attack. The iBackPack is truly unique. The company would market the iBackPack with all components included - as well as sell individual batteries of multiple capacities, wall chargers[1], iphone[1] & android cables[1] and myriad of other iBackPack add-ones. Batteries have multiple charging ports[1] and unique custom LED displays[1]. With such cutting-edge products, Monahan was confident Sears, Target, JC Penneys, Walmart and other top US retailers would be lining up to place orders. With true entreprenurial zeal and confidence the plan was set. We would only have to get through the BETA program and big box retailers would place significant orders which could be used to further fuel iBackPacks growth. Monahan's plan to sell tens of thousands to big box retailers seemed easily obtainable. Raising $5 million from private equity groups and angel investors seemed reasonable as well

6

**IBACKPACK (CONT.)**

The iBackPack contracted with many highly qualified designers and engineers. The FTC has reviewed a great many of their qualifications on Linked In, studies their profiles and in some cases reached out the staff members.

The FTC claims it has a good understanding of the team members but has only spoken to a few. None of the contractors the FTC spoke with were full time workers. Haley, from Houston, now Colorado was fired. Charles worked full time as an administrator for the Austin or Lakeview school district. Using simple mathematics we can determine how good of a chance these contractors are representative of the entire company.

## ii.    CROWDFUNDING SITES NUMEROUS WARNING/ALERTS FOR

## BACKERS

**The FTC claims:** Defendants Launched Crowdfunding Campaigns Representing They
Would Use Campaign Funds Primarily to Develop, Produce, Complete, and Distribute the
Advertised Products. This claim is not true. The iBackPack never advertised, promoted or
discussed their product in that way.  "Develop, Produce, Complete and Distribute the
Advertised Product" were not part of the iBackPack mantra.


However, "you accept the risk that the project may experiences changes, delays, unforeseen
challenges, and it's possible that a project you fund might not come to fruition." Indiegogo
is not able to mediate disputes between customers, including those related to refunds or the
fulfillment of perks. If you are unable to arrive at a resolution, you may also use our Terms
of Use in a U.S. court of law, should you choose to take any legal action against the
campaign team.

Note: This article does not constitute as legal advice.  We recommend for you to consult
with your attorney before taking any legal action" The pose above is another compelling
piece of proof that backers are aware there is a chance they will not receive a perk. Backers
are repeatedly told, on nearly every page, "you aren't buying a product, there are risks, you
need to study the campaign, Indiegogo does not guarantee perks, see your attorney, file suit
in court, etc. The Help and Support has huge header stating "Will I get my Perk? Where is
My Perk" It doesn't say When will I get my Perk? because it is understood on

8

CONCLUSION

For the reasons stated above, we respectfully request that the Court deny the Plaintiff, the

FTC's request for a Motion of Summary Judgment Respectfully submitted,


DATED: March 6, 2020      /

s/ Doug Monahan

pro se


CERTIFICATE OF SERVICE

I, Doug Monahan,attorney pro se, hereby certify that on March 3 2020, I served true copies

of the foregoing Motion for Objection to Summary Judgment and Supporting Memorandum

via email and by first-class mail.


/s/  Doug Monahan



**NAME**

John Joseph

**EMAIL**

john.joseph@pfizer.com 

**DEPARTMENT**

Family medicine

**PHONE**

512-555-0191  

**See Movement**

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com







**FULL NAME**

Enter full name

**EMAIL**

Enter email

**PHONE NUMBER**

Enter phone number

**Save**





## MY TEAMS

ENTER THE NAME OF THE
TEAM YOU WANT TO CREATE



Psychiatry

SET COLOR CODE



TEAM MEMBERS

⊕

Save



**MY SALES TEAM**

CHOOSE DEPARTMENT



● Immunology

● Hematology

● **Family medicine** ✓

CHOOSE LOCATION

State / City / Postcode ▽

**Filter**





## MY SALES TEAM

MEMBER SUCCESSFULLY DELETED

 Alan Watts

 Jack Kornfield



## MY SALES TEAM

 Bill Hicks

 Alan Watts

 Jack Kornfield

  Joe Schmo











Passwords can contain any combination
of ASCII characters and must contain
a minimum of 8 characters

* * * * * *

* * * * * *

Save

YOU HAVE SUCCESFULLY
SET THE PASSWORD

4:34 PM   100%



PLEASE CHOOSE A PASSWORD THAT
WILL BE USED WITH THIS ACCOUNT

Enter Password

Re-type Password

Passwords can contain any combination
of ASCII characters and must contain
a minimum of 8 characters

Save



YOU HAVE SUCCESSFULLY SET
YOUR USERNAME

Doug

Usernames can contain letters (a-z), numbers
(0-9), dashes (-), underscores (_),
apostrophes (') and periods (.)

Usernames can't contain an equal sign (=),
brackets (<,>), plus sign (+), or more
than one period (.) in a row

**Save**

PLEASE CHOOSE A USERNAME THAT
WILL BE USED WITH THIS ACCOUNT

Enter Your Username

Usernames can contain letters (a-z), numbers
(0-9), dashes (-), underscores (_),
apostrophes (') and periods (.)

Usernames can't contain an equal sign (=),
brackets (<,>), plus sign (+), or more
than one period (.) in a row

Save



SETTINGS SUCCESSFULLY UPDATED

Notification Sound                                    ON

Notification Vibration                                OFF

Discount Alert                                        ON

Push Notifications                                    ON

ALERT RADIUS

0          25          50          75          100

Save







CART SUCCESSFULLY UPDATED

| Basic iBackpack | ⬇ 100 | $14 900 |
|---|---|---|
| Pro iBackpack | ⬍ 50 | $9 950 |
| **Total** | | **$24 900** |

**Update cart**

**Proceed to payment**



| Product | Quantity | Total |
|---|---|---|
| Basic iBackpack | ⇕ 100 | $14 900 |
| Pro iBackpack | ⇕ 50 | $9 950 |
| **Total** | | **$24 900** |

**Update cart**

**Proceed**



FILL IN YOUR SHIPPING INFORMATION

First Name

Last Name

Country

Address

Town/City

State/County

Proceed



### Direct Bank Transfer

Make your payment directly into our bank account. Please use your Order ID as the payment reference. Your order won't be shipped until the funds have cleared in our account.

### Cheque Payment

Please send your cheque to Store Name, Store Street, Store Town, Store State / County, Store Postcode.

### PayPal

Pay via PayPal; you can pay with your credit card if you don't have a PayPal account.



Place order

# Pick your backpack color

**Save**

## TO ACTIVATE YOUR ACCOUNT
### ENTER ALL INFORMATION

Enter Your Name

Enter Your Email

Enter Your Phone Number

I'm a Parent

## Enter the Activation Code
(5 digit number received by SMS)

\* \* \* \* \*

**Sign Up**







# iBackPack

CONNECT YOUR BACKPACK WITH
YOUR SMARTPHONE



Sign Up

Log In







YOUR BACKPACK IS LOCATED IN

## STARBUCKS

**Off Sabine Street – 0.56ml away**





PLEASE ENTER THE EMAIL ADDRESS OR
THE PHONE NUMBER USED FOR REGISTRATION

Email or phone number

● Email        ○ Phone number

Send

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak





## Austin bag hospital
2ml away

This is America, babe, you gotta think big to be big. You got the wrong guy, ace! Two little mice fell in a bucket of cream. The first mouse quickly gave up and drowned. The second mouse, wouldn't quit. He struggled so hard that eventually he churned that cream into butter and crawled out.

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com



### 1   Austin Bag Hospital
2mi away



### 2   City Backpack Ambulance
500yd away



### 3   Texas Bagsmith
5.3mi away



### 4   Lone Star Purse Vet
1.5mi away



### 5   Longhorn Bagman
5mi away



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

  



### LOG IN BY ENTERING YOUR USERNAME AND PASSWORD

Enter Your Username

* * * * * * *

Forgot your Password? ⟶

Forgot your Username? ⟶

**Log In**

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak





5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak







5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com



ENTER THE NAME OF THE
LIST YOU WANT TO CREATE

Burning Man Festival packing list

Save

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com



ALERTS

## Out of a Safe Zone - School !
August 3rd 9:33 AM

>

NEW AVAILABLE DISCOUNTS

## STARBUCKS
Macchiato - Two for one

>

## SCOTCH&SODA
Sale is On – 50%

>

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



ORDER SUCCESSFULLY PLACED

**Order number 125879453**

You will recieve a confirmation email shortly

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com



Passwords can contain any combination
of ASCII characters and must contain
a minimum of 8 characters

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

Save



NAME
Doug Monahan

EMAIL
doug.monahan@daybreak-texas...

USERNAME
Set Your Username

PASSWORD
Set Your Password

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak





5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak





5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak





5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com






5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com



## MY LIST FOR CLASS

### Notes for the Class
Added on 06/15/2015



### My iPod Air
Added on 06/15/2015



### My MacBook Pro
Added on 06/15/2015



### Bike chain
Added on 06/15/2015

### Fresh T-Shirt
Added on 06/15/2015

salesinfo@daybreakdirect.com
www.daybreakdirect.com

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823



## When I go Hiking
Added on 06/15/2015

## For my Trip to Austin
Added on 06/15/2015

## For my Class
Added on 06/15/2015

 ## When I go to the Road Trip
Added on 06/15/2015

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak





5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

4:34 PM   100%

| 64 | 24 | 18 | 22 |
|---|---|---|---|
| NETWORKS | OPEN | WEP | WPA |

**1** **Caffe Bar iBack**
Open network
Added on 06/15/2015


**2** **University**
Open network
Added on 06/15/2015


**3** **Starbucks Daybreak Av.**
WPA network
Added on 06/15/2015


**4** **Wendy's Sunset Rd.**
WEP network
Added on 06/15/2015


**5** **MacD's Direct Blvd.**
Open network
Added on 06/15/2015


5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



EXPIRES BY 10/01/2015

**STARBUCKS**

## Macchiato – Two for one



Far far away, behind the word mountains, far from the countries Vokalia and Consonantia, there live the blind texts.

SHOW THE DISCOUNT CODE ›

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

ZONE SUCCESSFULLY EDITED

## School
Sunset blvd - 3ml radius



## Neighbours' house
Daybreak rd. - 1ml radius



## Piano teacher
Backpack st. - 3ml radius



## Doug's House
Direkt av. - 1ml radius



## Soccer practice
Direkt av. - 1ml radius



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



FILL IN THE DETAILS OF THE
ZONE YOU WANT TO ADD

School

Sunset blvd. 2015

Next

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com



4:34 PM   100%

## SORRY, THE EMAIL ADDRESS HAS ALREADY BEEN USED

Doug Monahan

doug@gmail.com

Enter Your Phone Number

 I'm a Parent

## Enter the Activation Code
(5 digit number received by SMS)

\* \* \* \* \*

## Sign Up

salesinfo@daybreakdirect.com
www.daybreakdirect.com
5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823

Case 3:19-cv-00160   Document 11-7   Filed on 03/00/20 in TXSD   Page 83 of 184



# iBackPack

CONNECT YOUR BACKPACK WITH
YOUR SMARTPHONE

Sign Up

Log In



ENTER THE NAME OF THE
LIST YOU WANT TO CREATE

Burning Man Festival packing list

Save

THE ACTIVATION CODE YOU ENTERED
IS INVALID.PLEASE TRY AGAIN

Doug Monahan

doug@texas.com

202-555-0136

I'm a Parent

## Enter the Activation Code
(5 digit number received by SMS)

6 5 3 2

Sign Up

4:34 PM   100%

## YOU SUCCESSFULLY ACTIVATED THE APP. WELCOME!

Doug Monahan

doug@texas.com

202-555-0136

 I'm a Parent

## Enter the Activation Code
(5 digit number received by SMS)

6  5  3  2

**Sign Up**



ENTER THE NAME OF THE
ITEM YOU WANT TO ADD

Cooking Pot

**Save**



ZONE SUCCESSFULLY ADDED

### School
Sunset blvd - 3ml radius



### Neighbours' house
Daybreak rd. - 1ml radius



### Piano teacher
Backpack st. - 3ml radius



### Doug's House
Direkt av. - 1ml radius



### Soccer practice
Direkt av. - 1ml radius



FILL IN THE DETAILS OF THE
ZONE YOU WANT TO ADD

School

Address

Next



FACEBOOK          TWITTER          INSTAGRAM



SOMETHING WENT WRONG.
PLASE TRY AGAIN.

Add Photo

*Tell the world ...*

Share your adventure

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com







# You've pressed the
# **Alarm Button**

### Are you sure you want to proceed?

The iBackpack alarm is set to be as loud as possible. To help you track the thief or to encourage thief to drop the bag.

**Yes**

**No**

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak



5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com

# DayBreak





PICK SOUNDS

Ambulance

Air raid

My Alarm



LOOP ALARM

10    25    50    75    ∞

Save

5700 Scout Island Cove
Austin, Texas 78731
Phone: 512.342.8220
Fax: 512.343.6823
salesinfo@daybreakdirect.com
www.daybreakdirect.com


















































































ideation sketches

Side view

First layer

- I would use strap without binding because they are commonly used for outdoor bags the foam used inside those straps is thicker giving more comfort with heavier loads



*backpack*





















 **iBackPack™**

## THE ONLY
## BULLETPROOF
## BACKPACK
## ON THE MARKET



www.ibackpack.co

















Transparent pocket for
Passport and airline tickets
slot for pens, wallet etc.

2nd Lay
with po

slot for
food

slot for
water

this would be the removable part
for easier access to the technology

Extra pocket on both sides
For keys etc.

**iBackPack**

















































size: 1440 x 810 zoom: 1.000   (Arnold Renderer)
Frame: 1   Memory: 1601Mb   Sampling: [3/2/2/2/3/0]   Render Time: 1:08   Camera: perspShape.













