





























































































size: 1440 x 810 zoom: 1.000   (Arnold Renderer)
Frame: 1   Memory: 1601Mb   Sampling: [3/2/2/2/3/0]   Render Time: 1:08   Camera: perspShape





























































Ibackpack











backpack

design sketches

Side view

First layer

Ipad

lap-top

Technology

Battery

Wire for display

wires for lap-top and ipad

Power Cable

Wires for light and Usb ports

Display

Ipad

Lap-top

Technology

Wires

Wires

Battery

- I would use strap without binding because
they are commonly used for outdoor bags
the foam used inside those straps
is thicker giving more comfort
with heavier loads

## 05
# KEVLAR BULLETPROOF
### ACCESSORIES

With all of the madness lately in the USA we are working hard to identify the best protection. We will make sure the plates we choose have been thoroughly tested.  This kevlar insert will fit in iBackPack perfectly. These inserts are made of 100% Kevlar and RF heat sealed and encapsulated in order to maintain ballistic integrity in wet and/or sandy enviroments.






**BATTERY & MOBILE PHONE STAND**



**BATTERY AND FLASHLIGHT/LAMP**



**LIPSTICK BATTERY**



**CARD POWER BANK**



**EAR BUDS- BLUETOOTH AUDIO**



**SKATEBOARD /SCOOTER**



**BULLETPROOF PLATE**



**BATTERIES**



**BLUETOOTH AUDIO SPEAKER**



**WIRELESS P CHARGING**







size: 1440 x 810 zoom: 1.000   (Arnold Renderer)
Frame: 1   Memory: 1601Mb   Sampling: [3/2/2/2/3/0]   Render Time: 1:08   Camera: perspShape







## 05
# SKATEBOARD
# SCOOTER
### ACCESSORIES

The iBackPack Skateboard/Scooter option allows you to put one foot on the skateboard type device and use the other foot to propel yourself. It is fast, easy and quite a bit of fun.





**BATTERY & MOBILE PHONE STAND**


**BATTERY AND FLASHLIGHT/LAMP**


**LIPSTICK BATTERY**


**CARD POWER BANK**


**EAR BUDS-BLUETOOTH AUDIO**


**SKATEBOARD /SCOOTER**


**BULLETPROOF PLATE**


**BATTERIES**


**BLUETOOTH AUDIO SPEAKER**


**WIRELESS PH CHARGING**











 iBackPack™

# THE ONLY
# BULLETPROOF
# BACKPACK
# ON THE MARKET

www.ibackpack.co


























# BETA PROGRAM



**2 USB FANS**

USB 2.0

LIGHTNING

**DATA/POWER/LIGHT STICK**

**LED CABLE**

**POWERTUBE 2600 mAh**

**6mm ULTRA THIN BATTERY**

**CAR CHARGER SYSTEM**

**MICRO AND LIGHTNING USB ZIPPER CABLE**

































**TECHNICAL INDEX:**

1. Correspond Wit: V4.1,
2. Wireless working distance up to 10m
3. Charge time – 2.5 hr
4. Talk time – 8h
5. Music time – 6h
6. Standby time – 100 hr
7. Multiple connect – 2 devices at the same time

Made in China for iBackpack                    www.ibackpack.co

iBackPack™

**iBackPack™**

# BLUETOOTH
# HEADPHONES













**Specifications:**
Input: AC 100-240V, 50/60Hz, 200mA
Output: 5V, 4.8A

    Port A: up to 2.4 amp
    Port B: up to 2.4 amp

**Compatibility:**
Compatible with most tablet and mobile phone devices,
including iPad, iPhone, iPod, smartphones, cell phones, MP3,
MP4 players, game devices, GPS devices, Kindle Fire, Kindle
Fire HD, Kindle devices, Nook Color, Google Nexus tablet,
Samsung Galaxy Tab, and most tablet devices

**Standards**
This product is produced according to FCC, CE and ROHS
international standards

**Worldwide use**
Accepts 100-240v 50/60Hz input. Perfect travel companion.





DUAL USB
WALL CHARGER



X000QSF4L7

RoHS FC C€ ⊠ ⟳ ⊠ ⅈ ⦵ ⊘ ⨉ ⨯ ⨉ ⨷
Execution Standard GB4943.1-2011  GB.1.6897-2013
Made for iBackPack of Texas, Inc
Customer Support











# USB MINI FAN

Hands free

Silent work

2yr
Life time



Please put product in the place where children can no
not disassemble or refit product on your own. • Pleas
to wash product, you can clean it by madescent cloth
completely dry before using  • Do not infunde or inse
other stuff into product. • Do not shock or impact pro

CAUTION

Made for iBackPack of Texas, Inc
Customer Support 512-879-9891

Green Life

Go Green With iBackPack

6  9590728



## 05

# EAR BUDS - BLUETOOTH AUDIO

## ACCESSORIES

High quality audio comparable to Dr. Dre's Beats. The highest of highs, lowest of lows available through the iBackPack sound system







**BATTERY & MOBILE PHONE STAND**



**BATTERY AND FLASHLIGHT/LAMP**



**LIPSTICK BATTERY**



**CARD POWER BANK**



**EAR BUDS- BLUETOOTH AUDIO**



**SKATEBOARD /SCOOTER**



**BULLETPROOF PLATE**



**BATTERIES**



**BLUETOOTH AUDIO SPEAKER**



**WIRELESS CHARGING**

## 05
# LIPSTICK
# BATTERY
### ACCESSORIES

The iBackPack "Lipstick" battery is very small, the size of a tube of lipstick, but contains 2,600 mAh battery that is enough to keep your iPhone/Android/Tablet device powered up. You can use the device to recharge as well - and it can recharge a smartphone up to 2x without recharging.

2,600 mAh





**BATTERY & MOBILE
PHONE STAND**



**BATTERY AND
FLASHLIGHT/LAMP**



**LIPSTICK
BATTERY**



**CARD
POWER BANK**



**EAR BUDS-
BLUETOOTH AUDIO**



**SKATEBOARD
/SCOOTER**



**BULLETPROOF
PLATE**



**BATTERIES**



**BLUETOOTH AUDIO
SPEAKER**



**WIRELESS P
CHARGING**

**05**

# WIRELESS PHONE CHARGING PAD

### ACCESSORIES

Take your wireless charging experience to the next level with the Fast Charge Wireless Charging Pad.  The Charging Pad is always at the ready, providing wireless power whenever you set your device on the pad. You can still use your device while charging, and your device is always accessible so you can answer a call without having to unplug.




High quality


Long life


Speed charge


Qi  Standard


**BATTERY & MOBILE PHONE STAND**


**BATTERY AND FLASHLIGHT/LAMP**


**LIPSTICK BATTERY**


**CARD POWER BANK**


**EAR BUDS- BLUETOOTH AUDIO**


**SKATEBOARD /SCOOTER**


**BULLETPROOF PLATE**


**BATTERIES**


**BLUETOOTH AUDIO SPEAKER**


**WIRELESS PH CHARGING**

## 05
# BLUETOOTH
# AUDIO/SPEAKER
## ACCESSORIES

The speaker that comes with the iBackPack contains a microphone and high-fidelity audio system. It allows you to turn your iPhone/Android into a speakerphone type system. When the phone rings, you can answer the phone via your speaker



Built-in microphone

TF card function, WAV, Mp3, WMA support

AUX line in

Waterproof

High capacity battery



---



**BATTERY & MOBILE PHONE STAND**



**BATTERY AND FLASHLIGHT/LAMP**



**LIPSTICK BATTERY**



**CARD POWER BANK**



**EAR BUDS-BLUETOOTH AUDIO**



**SKATEBOARD /SCOOTER**



**BULLETPROOF PLATE**



**BATTERIES**



**BLUETOOTH AUDIO SPEAKER**



**WIRELESS PHONE CHARGING**

## O5
# BATTERIES

### ACCESSORIES

With all of the madness lately in the USA we are working hard to identify the best protection. We will make sure the plates we choose have been thoroughly tested.



10,000 mAh
7,500 mAh
5,000 mAh

BATTERY & MOBILE PHONE STAND

BATTERY AND FLASHLIGHT/LAMP

LIPSTICK BATTERY

CARD POWER BANK

EAR BUDS-BLUETOOTH AUDIO

SKATEBOARD /SCOOTER

BULLETPROOF PLATE

BATTERIES

BLUETOOTH AUDIO SPEAKER

WIRELESS P CHARGING



## 05
# MINI
# USB FAN
## ACCESSORIES

The iBackPack fan works with iPhone and
Android devices in order to bring a summer
breeze at the flip of a switch
Keep cool in all situations. Almost silent and
uses very little battery power.














**BATTERY & MOBILE PHONE STAND**    **BATTERY AND FLASHLIGHT/LAMP**    **LIPSTICK BATTERY**    **CARD POWER BANK**    **EAR BUDS- BLUETOOTH AUDIO**







**SKATEBOARD /SCOOTER**    **BULLETPROOF PLATE**    **BATTERIES**    **BLUETOOTH AUDIO SPEAKER**    **WIRELESS PHONE CHARGING**

## 05
# LED MICRO
# DATA CABLE
### ACCESSORIES

✔ compact micro USB interface

✔ high-strength nylon cable

✔ simultaneous charging and
    data transfer



RED: CHARGING    BLUE: CHARGED

LED
INDICATOR


BATTERY & MOBILE
PHONE STAND


BATTERY AND
FLASHLIGHT/LAMP


LIPSTICK
BATTERY


CARD
POWER BANK


EAR BUDS-
BLUETOOTH AUDIO


SKATEBOARD
/SCOOTER


BULLETPROOF
PLATE


BATTERIES


BLUETOOTH AUDIO
SPEAKER


WIRELESS P
CHARGING



## ACCESSORIES

With brand & additional items to your backpack? Add anything you want in your
cart and proceed to the check-out.

SHOPPER LOGIN          PARTNER LOGIN          ACCESSORIES



**COFFEE MUG**
$25 USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016

**T-SHIRT +COFFEE MUG**
$55 USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016

**16,000 MAH LITHIUM POLYMER BATTERY**
$60 USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016

**STANDARD iBackPack**
$149  USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016

**PROFESSIONAL  iBackPack**
$199 USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016

**SALES PROFESSIONAL iBackPack**
$249 USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016

**BOLT-SCOOTER**
$299  USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016

**STANDARD + PROFESSIONAL**
$620 USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016

**2 STANDARD 2 PROFESSIONAL**
$620 USD
+ Shipping

PRE-ORDER
Est. delivery : Sep. 2016



These little town blues, are melting away.
I'm gonna make a brand new start of it, in old New York, and ...

PLEDGE NOW

FAQ        CAREERS        PRESS KIT        CORPORATE        BLOG        NEWSROOM

O5
# BATTERY AND FLASHLIGHT/LAMP
## ACCESSORIES

There are 3 levels of illumination - Bright, Medium and Dim that not only provide power but light.

 overcharge protection

 overheating protection

 over power protection

 over-voltage protection

 short-circuiting protection

 over discharge protection

 over current protection



10,000 mAh
7,500 mAh
5,000 mAh

---



**BATTERY & MOBILE PHONE STAND**



**BATTERY AND FLASHLIGHT/LAMP**



**LIPSTICK BATTERY**



**CARD POWER BANK**



**EAR BUDS- BLUETOOTH AUDIO**



**SKATEBOARD /SCOOTER**



**BULLETPROOF PLATE**



**BATTERIES**



**BLUETOOTH AUDIO SPEAKER**



**WIRELESS PH CHARGING P**



## BATTERY AND FLASHLIGHT/LAMP ACCESSORIES

There are 3 levels of illumination - Bright, Medium and Dim that not only provide power but light.

 overcharge protection

 overheating protection

 over power protection

 over-voltage protection

 short-circuiting protection

 over discharge protection

 over current protection





**BATTERY & MOBILE PHONE STAND**



**BATTERY AND FLASHLIGHT/LAMP**



**LIPSTICK BATTERY**



**CARD POWER BANK**



**EAR BUDS-BLUETOOTH AUDIO**



**SKATEBOARD /SCOOTER**



**BULLETPROOF PLATE**



**BATTERIES**



**BLUETOOTH AUDIO SPEAKER**



**WIRELESS PH CHARGING**









908



Model:IBP-802    Capacity:20000mAh
Input:5V 2.0A      Output1:5V 1A&5V 2.1A
Flashlight-1000 luminiscence-double tap to exact
LED bar-4 lights indicate level of charge single tap to onact.
Made in chain specifically for iBackPack of Texas,Inc.Austin,Texas,USA

RoHS ( ( FC ⊖ ⊠ ⑤ ⌂





























