









**Specifications:**
Input AC 100-240V 50/60Hz, 200mA
Output 5V, 4.8A

    Port A: up to 2.4 amp
    Port B: up to 2.4 amp

**Compatibility:**
Compatible with most tablet and mobile phone devices,
including iPad, iPhone, iPod, smartphones, cell phones, MP3,
MP4 players, game devices, GPS devices, Kindle Fire, Kindle
Fire HD, Kindle devices, Nook Color, Google Nexus Tablet,
Samsung Galaxy Tab, and most tablet devices.

**Standards**
This product is produced according to FCC, CE and ROHS
international standards.

**Worldwide use**
Accepts 100-240v 50/60Hz input. Perfect travel companion.



DUAL USB
WALL CHARGER



X000QSF4L7

RoHS FC CE ⟳ ⊠ ⏻ ⊖ ☒ ☒ ☒ ☒
Executive Standard: GB4943.1-2011  GB/T18287-2013
Made for iBackPack of Texas, Inc
Customer Support – info@ibackpack.bio











iBackPack™

# USB MINI FAN




Hands free


Silent work

2yr
Life time

iBackPack™



 CAUTION
Please put pr... ...n the place where children can no...
not disassem... ...rent product on your own  · Please...
to wash prod... ...u can clean it by madescent cloth...
completely d... ...re using  · Do not infunde or inse...
other stuff in... ...duct. · Do not shock or impact pro...

Made for iBackPack of Te...
Customer Support  · ...

FC

Green Life
...........................
...........................

Go Green With iB...ck
This packaging is made from in...
recycled. Please put the packag...
back to market bin to make it...
cycled when it is no longer...

6 959072





**TECHNICAL INDEX:**

1. Correspond Wit. V4 1.
2. Wireless working distance up to 10m
3. Charge time - 2.5 hr
4. Talk time - 8h
5. Music time - 6h
6. Standby time - 100 hr
7. Multiple connect - 2 devices at the same time

Made in China for iBackpack          www.ibackpack.co

iBackPack™

**BLUETOOTH HEADPHONES**









































iBackPack™

# USB MINI FAN



Hands free



Silent work



2yr

Life time

---

iBackPack™

Please put product in the place where children can no
not disassemble or rent product on your own  • Please
to wash product, you can clean it by madescent cloth
completely dry before using  • Do not intunde or inse
other stuff into product  • Do not shock or impact prod

CAUTION

Made for iBackPack of Texas, Inc.
Customer Support



Green Life

Go Green With iBackPack





6 959072



























































































908

**iBackPack™**

Model:IBP-802    Capacity:20000mAh
Input:5V 2.0A    Output:1.5V 1A&5V 2.1A
Flashlight-1000 lum/esicence-double tap to enact
LED ber-4 lights indicate level of charge single tap to enact
Made in chain specifically for iBackPack of Texas,inc.Austin Texas,USA

RoHS C€ FC ⊘ ⊠ ☺ ⌂





































































































