# 3:19-cv-160

March 9, 2020

United States Courts
Southern District of Texas
FILED

MAR 11 2020

David J. Bradley, Clerk of Court

HONORABLE UNITED STATES MAGISTRATE JUDGE ANDREW M. EDISON

United States Courthouse

601 Rosenberg, Seventh Floor

Galveston, TX 77550

Telephone: (409) 766-3729 Fax: (409) 766-3738

Dear Judge Edison:

Per your rules of court, I am respectfully requesting a premotion conference call. I wish to request the ability to have ten more pages for my Objection to the FTC Motion for Summary Judgment. I left a voice mail this morning informing Mr. Hanks of this need but have not heard back from him yet regarding same.

Doug Monahan