UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

IBACKPACK OF TEXAS, LLC, a limited liability company, and

DOUGLAS MONAHAN, individually and as an officer of iBackPack of Texas, LLC,

Defendants.

United States Courts
Southern District of Texas
FILED

MAR 11 2020

David J. Bradley, Clerk of Court

Case No. 3:19-cv-00160

## MOTION FOR EXTENSION OF PAGE LIMIT

Defendant Monahan humbly requests an extension of page limit for objection to Plaintiff's Summary Judgment from the 25 page court limit to 35.

Respectfully,

Douglas Monahan

/attorney pro se

CERTIFICATE OF SERVICE

I, Douglas Monahan, an attorney Pro Se, hereby certify that on March 9, 2020, I caused to be served true copies of a request for an additional 10 pages to be added for Defendant's Objection to Summary Judgment by Plaintiff.

/s/ Douglas Monahan

Houston, Texas

a copy has been served to Plaintiff the FTC attorneys via electronic mail

Patrick Roy
Patrick Roy, Attorney-in-Charge
D.C. Bar# 1023521
S.D. Texas (seeking admission pro hac vice)
E-mail: proy@ftc.gov

Daniel 0. Hanks
D.C. Bar # 495823
S.D. Texas (seeking admission pro hac vice)
E-mail: dhanks@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue N.W., CC-10232 Washington, DC 20580
Telephone: 202-326-3477 (Roy); -2472 (Hanks)
Facsimile: 202-326-3768

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION