Dog Moncha
409 Colonial Dr.
Friendswood TX 77546

NORTH HOUSTON TX 773

09 MAR 2020 PM 4 L

United States Courts
Southern District of Texas
FILED

MAR 11 2020

David J. Bradley, Clerk of Court

WILLIAM Bostick
US COURTHOUSE
601 Rosenberg 7th Floor
Galveston, TX 77550

7755031799 C020