March 9, 2020

United States Courts
Southern District of Texas
FILED

MAR 11 2020

David J. Bradley, Clerk of Court

HONORABLE UNITED STATES MAGISTRATE JUDGE ANDREW M. EDISON

United States Courthouse

601 Rosenberg, Seventh Floor

Galveston, TX 77550

Telephone: (409) 766-3729 Fax: (409) 766-3738

Dear Judge Edison:

Per your rules of court, I am respectfully requesting a premotion conference call. I need to get some files from my CPA to present in my case with the FTC. These are needed to sufficiently support my case. Without these files I will be unable to support a number of oppositions to the Motion for Summary Judgment. I thought I would be able to get everything last week but it is taking longer than I had hoped.

Doug Monahan