UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 11 2020

David J. Bradley, Clerk of Court

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

IBACKPACK OF TEXAS, LLC, a limited liability company, and

DOUGLAS MONAHAN, individually and as an officer of iBackPack of Texas, LLC,

Defendants.

Case No. 3:19-cv-00160

## MOTION FOR ONE WEEK TO ALLOW ME TO GET NEEDED PREVIOUSLY UNAVAILABLE MATERIALS FROM MY CPA

Defendant Monahan humbly request to time to get previously unavailable records from my CPA. I'll be able to submit all my objections to the court by this Friday, the 13th, 2020. I will send earlier if possible. Without these I will be unable to present facts essential to my opposition of the summary judgment request.

Respectfully,

Douglas Monahan

/attorney pro se

CERTIFICATE OF SERVICE

I, Douglas Monahan, an attorney Pro Se, hereby certify that on March 9, 2020, I caused to be served true copies of a request for time to get additional files from my CPA to be added for Defendant's Objection to Summary Judgment by Plaintiff.

/s/ Douglas Monahan

Houston, Texas

a copy has been served to Plaintiff the FTC attorneys via electronic mail

Patrick Roy
Patrick Roy, Attorney-in-Charge
D.C. Bar# 1023521
S.D. Texas (seeking admission pro hac vice)
E-mail: proy@ftc.gov

Daniel 0. Hanks
D.C. Bar # 495823
S.D. Texas (seeking admission pro hac vice)
E-mail: dhanks@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue N.W., CC-10232 Washington, DC 20580
Telephone: 202-326-3477 (Roy); -2472 (Hanks)
Facsimile: 202-326-3768

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION