UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IBACKPACK OF TEXAS, LLC, a limited liability company, and<br><br>DOUGLAS MONAHAN, individually and as an officer of iBackPack of Texas, LLC,<br><br>Defendants. | Case No. 3:19-cv-00160 |

## ORDER

Before me is Defendant Doug Monahan's Motion for one week of time to get facts from per Rules of Civil Procedure 56 (d) GETTING FACTS that were unavailable. The motion is GRANTED. Monahan's response to Plaintiff's Motion for summary judgment (Dkt.35) is due on or before March 13, 2020.

SIGNED at Galveston, Texas this _____ of March, 2020

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE