Dog Moncha
409 Colonial Dr
Friendswood, TX 77546

United States Courts
Southern District of Texas
FILED

MAR 11 2020

David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
08 MAR 2020 PM 8 L

William Bostick
US Courthouse
601 Rosenberg — 7th floor
Galveston, TX 97550

77550-179999