UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:19–CV–00160 |
| IBACKPACK OF TEXAS, LLC, ET AL., | § § § | |
| Defendants. | § § | |

# ORDER

Defendant Douglas Monahan has filed two requests for a pre-motion conference. *See* Dkts. 43–44. He seeks leave to exceed the summary judgment page limit by ten pages and leave to file an amended summary judgment response. Plaintiff is opposed to both requests. *See* Dkt. 45.

Because Monahan is proceeding pro se, I am inclined to bend over backwards to give him a full and fair opportunity to present his best defense. Accordingly, I **GRANT Monahan ten additional pages, and he may file an amended summary judgment response by March 26, 2020**. Plaintiff shall have seven days to file its reply to Monahan's response.

Monahan is warned that I will not grant any further extensions. Monahan is also cautioned that upon filing his amended summary judgment response, he must send Plaintiff a copy via email, as well as via certified mail. If Monahan fails to serve Plaintiff in

accordance with this order, his filing will be struck, and I will not consider it in ruling on Plaintiff's motion for summary judgment.

Further, the Southern District of Texas recently announced that due to COVID-19, all civil jury trials are suspended until April 1, 2020. In light of the uncertainty created by COVID-19, at this time, **all remaining docket control deadlines are suspended**. If necessary, I will modify the remaining docket control deadlines sometime after ruling on the motion for summary judgment.

SIGNED at Galveston, Texas, this 12th day of March, 2020.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE