UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

IBACKPACK OF TEXAS, LLC, a limited liability company, and

DOUGLAS MONAHAN, individually and as an officer of iBackPack of Texas, LLC,

Defendants.

Case No. 3:19-cv-00160



United States Courts
Southern District of Texas
FILED
MAR 19 2020
David J. Bradley, Clerk of Court

## MOTION TO REASSERT MY REQUEST TO SUBMIT MY OBJECTION TO THE FTC'S SUMMARY JUDGMENT BY FRIDAY 13TH OF MARCH, 2020

Your Honor, I wish to reassert my request to submit my objection to the FTC's Request for Summary Judgment by Friday. I could send you a partial objection now, but this objection is very important and I have requested information from my CPA to include. I promise I will have the final document to the Court postmarked by Friday, the 13th. I spoke with Dan Hanks with the FTC today and assured him I would be copying him on all communication with the Court. I asked him if he would confirm the dates he received my CPA's audits of my personal and iBackPack books and he refused. I am going through all emails history and including same with my information I will send Friday.

Respectfully,
Douglas Monahan
/attorney pro se

CERTIFICATE OF SERVICE

I, Douglas Monahan, an attorney Pro Se, hereby certify that on March 10, 2020, I caused to be served true copies of my reasserting my request to have until March 13, 2020 to file Defendant's Objection to Summary Judgment by Plaintiff.

/s/ Douglas Monahan

Houston, Texas

a copy has been served to Plaintiff the FTC attorneys via electronic mail

Patrick Roy
Patrick Roy, Attorney-in-Charge
D.C. Bar# 1023521
S.D. Texas (seeking admission pro hac vice)
E-mail: proy@ftc.gov

Daniel 0. Hanks
D.C. Bar # 495823
S.D. Texas (seeking admission pro hac vice)
E-mail: dhanks@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue N.W., CC-10232 Washington, DC 20580
Telephone: 202-326-3477 (Roy); -2472 (Hanks)
Facsimile: 202-326-3768

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION