UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Case No. 3:19-cv-00160 |
| Plaintiff, | Judge Jeffrey V. Brown |
| v. | Magistrate Judge Andrew M. Edison |
| iBackPack of Texas, LLC, and Douglas Monahan, | |
| Defendants. | |

**ORDER SUSPENDING ALL DEADLINES**

On March 27, 2020, Plaintiff, the Federal Trade Commission, and Defendant Douglas Monahan moved this Court to suspend all deadlines in this matter, including deadlines for summary judgment briefing that is already in progress, pending the likely submission to the Court of a proposed stipulated order that would resolve the FTC's claim against Monahan.

Upon consideration of the motion, it is ORDERED that

1. The motion is GRANTED;

2. All deadlines, including pending deadlines for summary judgment briefing, and hereby suspended; and

3. Plaintiff is directed to file a status update forty-five days after the date of entry of this Order, unless a proposed stipulated order has already been submitted to the Court.

Dated: _____     _____
                                      Hon. Andrew M. Edison
                                      U.S. Magistrate Judge