## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Federal Trade Commission

v.                                        Case Number: 3:19–cv–00160

iBackpack of Texas LLC, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**PLACE:**
by telephone
    Dial in Number: 409-763-7881
    Conference ID: 37881#
    Password: 13579#
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 5/1/2020

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   April 29, 2020                                        David J. Bradley, Clerk