UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Case No. 3:19-cv-00160 |
| Plaintiff, | Judge Jeffrey V. Brown |
| v. | Magistrate Judge Andrew M. Edison |
| iBackPack of Texas, LLC, and Douglas Monahan, | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER
FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT**

Plaintiff, the Federal Trade Commission ("FTC"), and Defendant Douglas Monahan jointly move this Court for entry of the attached Stipulated Order for Permanent Injunction and Monetary Judgment ("Stipulated Final Order"), which would resolve the FTC's claim against Monahan. In support of this motion, the FTC and Monahan state as follows:

1. The FTC filed its Complaint for Permanent Injunction and Other Equitable Relief on May 6, 2019, alleging that Monahan had violated Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

2. The Stipulated Final Order has been signed by Monahan, who is appearing *pro se*. The Stipulated Final Order also has been approved by the FTC's Commissioners and signed by counsel for the FTC.

1

WHEREFORE, Plaintiff FTC and Defendant Monahan respectfully request that the Court enter the Stipulated Final Order.

Pursuant to Local Rule 7.1, the parties conferred on the relief sought by the motion, which is jointly supported.

A proposed order is submitted with this motion.

Respectfully submitted,

Dated:  May 11, 2020

/s/  Patrick Roy
Patrick Roy, Attorney-in-Charge
D.C. Bar # 1023521
S.D. Texas (admitted *pro hac vice*)
proy@ftc.gov

Daniel O. Hanks
D.C. Bar # 495823
S.D. Texas (admitted *pro hac vice*)
dhanks@ftc.gov

Federal Trade Commission
600 Pennsylvania Ave NW, CC-10232
Washington, DC  20580
202-326-3477 (Roy); -2472 (Hanks)
Facsimile: 202-326-3768

Attorneys for Plaintiff


/s/  Douglas Monahan
Douglas Monahan
douglas.monahan@ibackpack.net

Defendant, appearing *pro se*

## CERTIFICATE OF SERVICE

I, Patrick Roy, an attorney, hereby certify that on May 11, 2020, I caused to be served true copies of the foregoing Joint Motion for Entry of Stipulated Order for Permanent Injunction and Monetary Judgment through the CM/ECF System and by e-mail.

/s/  Patrick Roy
Patrick Roy
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3477
proy@ftc.gov

Attorney for Plaintiff
Federal Trade Commission